## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Brian Wright ; Irlanda Wright ; L A W ; L W ; M G-Z ; M W

**Defendant(s):** , Southern Arizona Children's Advocacy Center; Marie Fordney ; Dale Woolridge , Dr.; Maria Garrick ; Natalie Dojaque ; Morgan Rau ; , Sahuarita Town Council; Thomas Johnston , Detective; Melina Carrizosa , Officer; Christin Pelayo , Detective

County of Residence: Pima

County Where Claim For Relief Arose: Pima

County of Residence: Pima

Plaintiff's Atty(s):

**Michael Garth Moore**
**Law Office of Michael Garth Moore**
**4370 N. Via Entrada Hermosa**
**Tucson, Arizona  85718**
**5203180075**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:                    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:- **N/A**

Defendant:- **N/A**

IV. Origin :                    **1. Original Proceeding**

V. Nature of Suit:                    **440 Other Civil Rights**

VI.Cause of Action:          **The claims asserted by Plaintiffs are brought to vindicate rights guaranteed Plaintiffs under 42 U.S.C. 1983 for First, Fourth and Fourteenth Amendment violations. Declaratory relief is proper under the Declaratory Judgment Act, 28 U.S.C.   2201, et seq.; and Fed.R.Civ.P. 57. Injunctive relief is proper under Fed.R.Civ.P. 65**

VII. Requested in Complaint

Class Action: **No**

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

Signature: **Michael Garth Moore**

Date: **6/28/2021**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.