# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

**IT IS ORDERED** that Town of Sahuarita Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 30), State Defendants' Motion to Dismiss and Alternative Motion for More Definite Statement (Doc. 37), and Plaintiffs' Request for Judicial Notice of Adoption (Doc. 63) are set for a hearing on **June 14, 2022 at 4:15 p.m.** before the Honorable Jennifer G. Zipps in Courtroom 5D, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701.

Dated this 19th day of May, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge