Michael Garth Moore (023742)
4931 N. Pontatoc Rd.
Tucson, Arizona 85718
Telephone: 520-318-0075
mike@mgmoorelaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>Southern Arizona Children's Advocacy Center,<br><br>      Defendants. | Case No.: 4:21-cv-00257-JGZ<br><br>**PLAINTIFFS' SUBMISSION OF SUPPLEMENTAL AUTHORITY ON THE QUESTION OF STANDING OF SIBLINGS TO ASSERT CLAIMS FOR FAMILIAL ASSOCIATION VIOLATIONS**<br><br>Hon. Jennifer G. Zipps |

Now come Plaintiffs, and submit to this Court for consideration on Plaintiffs' Response in Opposition to DCS Defendants' Motion to Dismiss [Doc. 55], the decision in *Mann v. City of Sacramento,* 521 F. Supp. 3d 917 (E.D. Cal. 2021). *Mann,* which escaped this writer's notice when researching the question of the standing of siblings to assert claims for violation of familial association under the First and Fourteenth Amendments, presents a comprehensive analysis of the case authorities and is directly on point.

Apologies to the Court for this oversight, but Plaintiffs expect that this Court's own research likely has already identified the case.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
4931 N. Pontatoc Rd.
Tucson, Arizona 85718
Telephone: 520-318-0075
mike@mgmoorelaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on May 31, 2022. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,
/s/ Michael Garth Moore