# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Good cause appearing,

**IT IS ORDERED** that Defendant Woolridge's Counsel's Request to Appear Telephonically at Hearing on June 14, 2022 (Doc. 69) is **GRANTED**.

Counsel for Defendant Woolridge may contact chambers for instructions on how to appear telephonically.

Dated this 8th day of June, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge