**GRASSO LAW FIRM, P.C.**
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
   Attorneys for Defendants Southern
   Arizona Children's Advocacy Center and
   Marie Fordney

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright; Irlanda Wright; L.A.W., a minor, by his Father and Next Friend Brian Wright; MG-Z, a minor, by his Mother and Personal Representative, Irlanda Wright;<br><br>                Plaintiffs,<br><br>  vs.<br><br>Southern Arizona Children's Advocacy Center, an Arizona corporation; Marie Fordney; Dale Woolridge, M.D.; Thomas Johnston; Melina Carrizosa; Christine Pelayo; Gerardo Talamantes; Meghean Francisco; Joana Encinas; Jeanette L. Sheldon; Betina Noriega; and Michelle Orozco,<br><br>                Defendants. | Case No. 4:21-cv-00257-JGZ<br><br>**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL WITHIN THE FIRM** |

**NOTICE IS HEREBY GIVEN** pursuant to LRCiv 83.3 that Pari K. Scroggin of the law firm Grasso Law Firm, P.C. will appear as and is substituted for and will take the place of Jenna V. Mandraccia and Michael B. Smith as co-counsel for Defendants Southern Arizona Children's Advocacy Center and Marie Fordney ("Defendants") in this matter. Pari K. Scroggin will serve as co-counsel along with Robert Grasso, Jr. as lead counsel going forward. All future pleadings and Court documents should be directed to Robert Grasso, Jr. and Pari K. Scroggin, as counsel of record in this matter for Defendants Southern Arizona Children's Advocacy Center and Marie Fordney—please direct all

1

documents and communications to the addresses and phone numbers listed above. Please remove Jenna V. Mandraccia and Michael B. Smith from all service lists.

RESPECTFULLY SUBMITTED this 20th day of February, 2023.

**GRASSO LAW FIRM, P.C.**

By  /s/Pari K. Scroggin
Robert Grasso, Jr.
Pari K. Scroggin
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
  Attorneys for Defendants Southern
  Arizona Children's Advocacy Center and
  Marie Fordney