IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Southern Arizona Children's Advocacy Center, et al.,<br><br>　　　　Defendants. | No. CV-21-00257-TUC-JGZ<br><br>**ORDER** |

Upon consideration of the record and the representations of Plaintiffs and DCS Defendants[1] at the February 24, 2023 Status Conference, the Court will amend the Protective Order filed at Doc. 98.

**IT IS HEREBY ORDERED** that paragraph 2 of the Protective Order filed at Doc. 98 is amended to read as follows:

　　2.　　The parties are authorized to obtain and disclose juvenile court records of adoption, termination, and dependency proceedings.

Dated this 7th day of March, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge

---

[1] The DCS Defendants are Talamantes, Francisco, Encinas, Sheldon, Noriega, and Orozco, all of whom were represented by Ms. Collings and Ms. Sanders at the February 24, 2023 Status Conference.