Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326, No. 119
Tucson, Arizona 85742
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al. | Case No.:  4:21-cv-00257-JGZ |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE** |
| Southern Arizona Children's Advocacy Center, et al., | Hon. Jennifer G. Zipps |
| Defendants. | |

   Plaintiffs, by and through undersigned counsel, give notice that they have served a Third Set of Discovery Requests on DCS Defendant Talamantes by email to DCS Counsel on the 24th day of May, 2023.

      DATED this 24th day of May, 2023.

            Respectfully submitted,

            /s/ Michael Garth Moore
            Michael Garth Moore (023742)
            6336 N. Oracle Rd. Suite 326, No. 119
            Tucson, Arizona 85742
            Telephone: 520-437-9440
            mike@mgmoorelaw.com

            *Trial Counsel for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on May 24th, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326, No. 119
Tucson, Arizona 85742
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*