IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Southern Arizona Children's Advocacy Center, et al.,<br><br>　　　　Defendants. | No. CV-21-00257-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is Defendants Southern Arizona Children's Advocacy Center (SACAC) and Marie Fordney's Request to Appear Telephonically or Virtually at the Status Conference on July 13, 2023, at 2:15 p.m. (Doc. 175); and the State Defendants' Motion for Co-Counsel to Appear Telephonically (Doc. 172). Noting that, per the Joint Report (Doc. 173), SACAC and Fordney have no issues to present to the Court at this time, the Court will grant SACAC and Fordney's Motion. Four out of the parties' five disputes in the Joint Report involve the State Defendants. The Court will therefore deny the State Defendants' motion in part and require that at least one counsel for State Defendants appear in-person.

**IT IS ORDERED:**

1. SACAC and Fordney's Motion (Doc. 175) is **granted**.

2. The State Defendants' Motion (Doc. 172) is **granted in part** and **denied in part**. Ms. Rhodes may appear telephonically for State Defendants so long as an attorney for the State Defendants appears in-person.

3.   Counsel for these Defendants will receive notification via email with call-in instructions prior to the conference.

Dated this 11th day of July, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge