*Wright v. SACAC, et al.*
U.S. District Court No. CV-21-00257-TUC-JGZ
LMS21-0074 / G202021150-1

## TABLE OF CONTENTS

| No. | DOCUMENT |
|---|---|
| 1. | February 22, 2021, Sahurita Police Department Report No. 20120504, Redacted |
| 2. | December 16, 2020, DCS Hotline Call |
| 3. | January 5, 2021, Prelim-Temp Custody Hearing Transcript |
| 4. | December 16, 2020, Present Danger Plan |
| 5. | January 15, 2021, Temp Custody Hearing Transcript PM, Redacted |
| 6. | March 24, 2021, Dependency Trial Transcript, Redacted |
| 7. | January 6, 2021, Temp Custody Hearing Transcript |
| 8. | Dependency Exhibit List |
| 9. | December 16, 2020, LAW Forensic Interview Transcript, Redacted |
| 10. | March 18, 2021, Contested Dependency, Redacted |
| 11. | December 28, 2020, Application for Ex-Parte Removal, Redacted |
| 12. | April 2, Contested Dependency Hearing Transcript |
| 13. | December 28, 2020, Order for Ex-Parte Removal, Redacted |
| 14. | December 18, 2020, TDM Summary Report, Redacted |
| 15. | December 28, 2020, DCS Temporary Custody Notice, Redacted |
| 16. | December 28, 2020, Wright Complaint re DCS, Redacted |
| 17. | May 3, 2021, Contested Dependency Hearing Transcript, Redacted |
| 18. | December 31, 2020, DCS Dependency Petition, Redacted |
| 19. | December 31, 2020, Temporary Orders and Findings, Redacted |
| 20. | January 5, 2021, ME Prelim Protect Hearing, Redacted |
| 21. | May 28, 2021, ME Under Advisement Ruling, Redacted |
| 22. | February 10, 2021, ME re Order Show Cause Hearing Transcript, Redacted |
| 23. | August 26, 2021, ME re Dependency Review Hearing Transcript, Redacted |
| 24. | October 14, 2021, ME re Father's MTD, Redacted |
| 25. | March 17, 2021, Contested Dependency Hearing Transcript, Redacted |
| 26. | May 19, 2021, Contested Dependency Hrg 2021-05-19_Redacted |
| 27. | Intermountain Progress Note, Redacted |
| 28. | April 14, 2021, Contested Dependency Hearing Transcript, Redacted |

11766352

*Wright v. SACAC, et al.*
U.S. District Court No. CV-21-00257-TUC-JGZ
LMS21-0074 / G202021150-1

## TABLE OF CONTENTS

| | |
|---|---|
| 29. | March 24, 2021, Contested Dependency Hearing Transcript, Redacted |
| 30. | February 12, 2021, Phoenix Children's Hospital Record, Redacted |
| 31. | February 10, 2021, Phoenix Children's Hospital Assessment, Redacted |
| 32. | March 15, 2021, Contested Dependency Hearing Transcript, Redacted |
| 33. | June 25, 2021, Email from Brian Wright to Joana Encinas, Redacted |
| 34. | April 28, 2021, Contested Dependency Hearing Transcript, Redacted |
| 35. | March 15, 2021, Father's Trial Brief, Redacted |
| 36. | December 31, 2020, Email Brian Wright to Johnston re SPD Investigation |
| 37. | January 18, 2021, Letter from Moore to Johnston re SPD Investigation |
| 38. | March 29, 2021, Contested Dependency Transcript |
| 39. | January 15, 2021, ME Temp Custody Hearing AM, Redacted |
| 40. | 40. ME Temporary Custody Hearing PM 2021-01-15_Redacted |
| 41. | March 17, 2021, ME Contested Dependency Hearing, Redacted |
| 42. | March 18, 2021, ME Contested Dependency Hearing, Redacted |
| 43. | March 22, 2021, ME Contested Dependency Hearing , Redacted |
| 44. | March 24, 2021, ME Contested Dependency Hearing , Redacted |
| 45. | March 29, 2021, ME Contested Dependency Hearing , Redacted |
| 46. | April 14, 2021, ME Contested Dependency Hearing, Redacted |
| 47. | April 28, 2021, ME Contested Dependency Hearing, Redacted |
| 48. | May 3, 2021, ME Contested Dependency Hearing, Redacted |
| 49. | SACAC/Dr. Woolridge Report, Redacted |

11766352