# Exhibit 1

## Filed Under Seal

# Exhibit 2

## Filed Under Seal

# Exhibit 3

## Filed Under Seal

# Exhibit 4

## Filed Under Seal

# Exhibit 5

## Filed Under Seal

# Exhibit 6

## Filed Under Seal

# Exhibit 7
## Filed Under Seal

# Exhibit 8

# Filed Under Seal

# Exhibit 9

## Filed Under Seal

# Exhibit 10

## Filed Under Seal

# Exhibit 11

## Filed Under Seal

# Exhibit 12

## Filed Under Seal

# Exhibit 13

## Filed Under Seal

# Exhibit 14

## Filed Under Seal

# Exhibit 15

## Filed Under Seal

# Exhibit 16
## Filed Under Seal

# Exhibit 17

## Filed Under Seal

# Exhibit 18

## Filed Under Seal

# Exhibit 19

## Filed Under Seal

# Exhibit 20
## Filed Under Seal

# Exhibit 21

## Filed Under Seal

# Exhibit 22

## Filed Under Seal

# Exhibit 23

## Filed Under Seal

# Exhibit 24

## Filed Under Seal

# Exhibit 25

# Filed Under Seal

# Exhibit 26

# Filed Under Seal

# Exhibit 27

## Filed Under Seal

# Exhibit 28

**Filed Under Seal**

# Exhibit 29

# Filed Under Seal

# Exhibit 30

# Filed Under Seal

# Exhibit 31

## Filed Under Seal

# Exhibit 32

## Filed Under Seal

# Exhibit 33

## Filed Under Seal

# Exhibit 34

## Filed Under Seal

# Exhibit 35

## Filed Under Seal

# Exhibit 36

## Filed Under Seal

# Exhibit 37

## Filed Under Seal

# Exhibit 38

## Filed Under Seal

# Exhibit 39

## Filed Under Seal

# Exhibit 40

**Filed Under Seal**

# Exhibit 41

## Filed Under Seal

# Exhibit 42

**Filed Under Seal**

# Exhibit 43

## Filed Under Seal

# Exhibit 44

## Filed Under Seal

# Exhibit 45

**Filed Under Seal**

# Exhibit 46

# Filed Under Seal

# Exhibit 47

## Filed Under Seal

# Exhibit 48

## Filed Under Seal

# Exhibit 49

## Filed Under Seal