KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | |
| v. | **MOTION TO FILE EXHIBITS UNDER SEAL** |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Defendants Francisco, Talamantes, Orozco, Noriega, Encinas, and Sheldon ("DCS Defendants"), through undersigned attorney, moves this Court to order that the exhibits to their Motion for Summary Judgment be filed under seal.

No.             DOCUMENT
1. February 22, 2021, Sahurita Police Department Report No. 20120504, Redacted
2. December 16, 2020, DCS Hotline Call
3. January 5, 2021, Prelim-Temp Custody Hearing Transcript

| | |
|---|---|
| 4. | December 16, 2020, Present Danger Plan |
| 5. | January 15, 2021, Temp Custody Hearing Transcript PM, Redacted |
| 6. | March 24, 2021, Dependency Trial Transcript, Redacted |
| 7. | January 6, 2021, Temp Custody Hearing Transcript |
| 8. | Dependency Exhibit List |
| 9. | December 16, 2020, LAW Forensic Interview Transcript, Redacted |
| 10. | March 18, 2021, Contested Dependency, Redacted |
| 11. | December 28, 2020, Application for Ex-Parte Removal, Redacted |
| 12. | April 2, Contested Dependency Hearing Transcript |
| 13. | December 28, 2020, Order for Ex-Parte Removal, Redacted |
| 14. | December 18, 2020, TDM Summary Report, Redacted |
| 15. | December 28, 2020, DCS Temporary Custody Notice, Redacted |
| 16. | December 28, 2020, Wright Complaint re DCS, Redacted |
| 17. | May 3, 2021, Contested Dependency Hearing Transcript, Redacted |
| 18. | December 31, 2020, DCS Dependency Petition, Redacted |
| 19. | December 31, 2020, Temporary Orders and Findings, Redacted |
| 20. | January 5, 2021, ME Prelim Protect Hearing, Redacted |
| 21. | May 28, 2021, ME Under Advisement Ruling, Redacted |
| 22. | February 10, 2021, ME re Order Show Cause Hearing Transcript, Redacted |
| 23. | August 26, 2021, ME re Dependency Review Hearing Transcript, Redacted |
| 24. | October 14, 2021, ME re Father's MTD, Redacted |
| 25. | March 17, 2021, Contested Dependency Hearing Transcript, Redacted |
| 26. | May 19, 2021, Contested Dependency Hrg 2021-05-19_Redacted |
| 27. | Intermountain Progress Note, Redacted |
| 28. | April 14, 2021, Contested Dependency Hearing Transcript, Redacted |
| 29. | March 24, 2021, Contested Dependency Hearing Transcript, Redacted |
| 30. | February 12, 2021, Phoenix Children's Hospital Record, Redacted |
| 31. | February 10, 2021, Phoenix Children's Hospital Assessment, Redacted |
| 32. | March 15, 2021, Contested Dependency Hearing Transcript, Redacted |
| 33. | June 25, 2021, Email from Brian Wright to Joana Encinas, Redacted |

| | | |
|---|---|---|
| 34. | April 28, 2021, Contested Dependency Hearing Transcript, Redacted |
| 35. | March 15, 2021, Father's Trial Brief, Redacted |
| 36. | December 31, 2020, Email Brian Wright to Johnston re SPD Investigation |
| 37. | January 18, 2021, Letter from Moore to Johnston re SPD Investigation |
| 38. | March 29, 2021, Contested Dependency Transcript |
| 39. | January 15, 2021, ME Temp Custody Hearing AM, Redacted |
| 40. | 40. ME Temporary Custody Hearing PM  2021-01-15_Redacted |
| 41. | March 17, 2021, ME Contested Dependency Hearing, Redacted |
| 42. | March 18, 2021, ME Contested Dependency Hearing, Redacted |
| 43. | March 22, 2021, ME Contested Dependency Hearing , Redacted |
| 44. | March 24, 2021, ME Contested Dependency Hearing , Redacted |
| 45. | March 29, 2021, ME Contested Dependency Hearing , Redacted |
| 46. | April 14, 2021, ME Contested Dependency Hearing, Redacted |
| 47. | April 28, 2021, ME Contested Dependency Hearing, Redacted |
| 48. | May 3, 2021, ME Contested Dependency Hearing, Redacted |
| 49. | SACAC/Dr. Woolridge Report, Redacted |

The Exhibits contain information that is protected including the full name of the minor party, full names of non-party minors, addresses, personal phone numbers, medical records, and other sensitive information regarding the minor party and the parties regarding the underlying dependency matter.  This Court previously protected this information with its Protective Order (Doc. 98), filed January 12, 2023, as amended on March 7, 2023 (Doc. 116).  Among the state and federal statutes and rules recognizing the confidentiality of these records is A.R.S. § 41-1959(A), which prohibits releasing "files that contain information related to investigations conducted by child protective services." Additionally, "records of . . . dependency proceeding[s] shall not be open to public inspection."  A.R.S. § 8-208(F).  State laws that protect the confidentiality of records in child-protective cases provide compelling reasons to grant a motion to seal in a related case brought in federal court.  *See T.T. v. Cnty. of San Diego,* 2020 WL 6118781, at *1

3

(S.D. Cal. Oct. 16, 2020) (allowing juvenile court records to be sealed which were statutorily protected by state law). Accordingly, these exhibits which contain sensitive information and are records from the underlying dependency proceedings should be filed under seal pursuant to L.R.Civ. 5.6.

For the reasons set forth above, Defendants respectfully request this Court order that Exhibits 1 through 49 to their Motion for Summary Judgment be filed under seal.

RESPECTFULLY SUBMITTED this __18th__ day of December, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

/s/Claudia Acosta Collings
CLAUDIA ACOSTA COLLINGS
JULIE M. RHODES
Assistant Attorneys General
Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

## CERTIFICATE OF SERVICE

I hereby certify that on 18th day of December, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
mike@mgmoorelaw.com
*Attorney for Plaintiffs*

Tom Slutes
Slutes, Sakrison & Rogers, P.C.
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

Robert Grasso, Jr.
Pari K. Scroggin
Grasso Law Firm, P.C.
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
*Attorneys for Defendants Southern Arizona Children's Advocacy Center*

s/slf
11755307