1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6                     **DISTRICT OF ARIZONA**

7   Brian Wright, et al.,                          No. CV-21-00257-TUC-JGZ
8              Plaintiffs,
                                                    **ORDER GRANTING MOTION TO**
9   v.                                              **FILE EXHIBITS UNDER SEAL**
10  Southern Arizona Children's Advocacy
    Center, et al.,
11
             Defendants.
12

13       On motion of counsel and good cause appearing,

14       IT IS ORDERED that Exhibits 1 through 49 to State's Motion for Summary

15  Judgment shall be filed separately from the Motion and SEALED pursuant to L.R.Civ.

16  5.6.

17
18
19
20
21
22
23
24
25
26