# Exhibit 1

```
                                                         FILED
                                                     GARY L. HARRISON
                                                   CLERK, SUPERIOR COURT

                                                    21 DEC 20 PM 4: 09
 1  MARK BRNOVICH                                    DEC 2 0 2021
    ATTORNEY GENERAL
 2                                                   A. GARCIA, DEPUTY
    CLAUDIA ACOSTA COLLINGS (021647)
    JENNIFER J. SANDERS (020657)
 3  Assistant Attorneys General
    416 West Congress, 2nd Floor
 4  Tucson, Arizona 85701-1315
    (520) 638-2800 • Fax (520) 628-6050
 5  Claudia.Collings@azag.gov
    Jennifer.Sanders@azag.gov
 6
    Attorneys for Defendants Orozco, Francisco
 7  Noriega, Dedmon, Encinas, Talamantes, & Sheldon

 8

 9            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10                    IN AND FOR THE COUNTY OF PIMA

11                              JUVENILE COURT

12   In the matter of:                    Case No. JD20200802

13   Wright, Lance                        ORDER FOR RELEASE OF
           DOB ███ 2013                   JUVENILE DEPENDENCY AND
14                                        COURT RECORDS
     Minor.
15                                        Honorable Peter Hochuli
```

The Court having reviewed the Motion for Release of Juvenile Dependency and Court Records for Lance Wright filed by State Defendants, and good cause appearing:

IT IS ORDERED granting the State Defendants permission to review and disclose the Juvenile Court Records in *Wright, et al. v. Southern Arizona Children's Advocacy Center, et al.*, United States District Court Cause No. 4:21-cv-00257-JGZ. Pursuant to Rule 47(A)(2)(f) of the Rules of Procedure of the Juvenile Court, and Supreme Court Rule 123(d)(1), the parties may review the juvenile records and disclose them in *Wright, et al. v. Southern Arizona Children's Advocacy Center, et al.*, United States District Court Cause No. 4:21-cv-00257-JGZ. The State Defendants in United States District Court

Wright 007381

Cause No. CV 21-00257-TUC-JGZ will ensure that a protective order is in place regarding the records of the Department of Child Safety and the records of the Juvenile Court so that the parties will be ordered to protect the records of the Pima County Juvenile Court as confidential prior to disclosure of any records. Any record of the Pima County Juvenile Court shall be filed under seal if attached as an exhibit to any pleading to maintain the confidentiality of the records.

DATED this 20st day of December, 2021.

_____
Honorable Peter Hochuli
Presiding Pima County Juvenile Court Judge

10005494

Wright 007382