Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br><br>Southern Arizona Children's Advocacy Center,<br><br>    Defendants. | Case No.: 4:21-cv-00257-JGZ<br><br>**PLAINTIFF'S NOTICE OF FILING DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT DALE WOOLRIDGE**<br><br>Hon. Jennifer G. Zipps<br>United States District Judge |

Please take notice of Plaintiffs' Notice of Filing of Documents in Support of Plaintiffs' Motion for Partial Summary Judgment against Defendant Dale Woolridge.

| **Deposition Excerpts** | **Document Name** |
|---|---|
| Appendix A | Deposition of Dale Woolridge |
| Appendix B | Deposition of Marie Fordney |
| Appendix C | Deposition of Morgan Rau |

| **Exhibit** | |
|---|---|
| 1 | Pima County Protocols excerpts |
| 3 | National Children's Alliance, Standards excerpts |
| 6 | Sahuarita Police Department, Detail Incident Report for S20120504 |

1

| | |
|---|---|
| 7 | SACAC Report, SACAC 000002-29 |
| 12 | SPD Photos LAW, KC12A13J-Z; KC12A140-149 |
| 61 | ARS 8-201 |
| 75 | ARS 8-821 |
| 82 | Town Defendants' First Supplemental Response |

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on December 20, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

/s/ Michael Garth Moore