


# Sahuarita Police Department

Detail Incident Report for S20120504

**Incident:** S20120504
**Nature:** CHILD ABUSE
**Address:** 15074 S PLACITA RANCHO VERANO Sahuarita AZ 85629
**Location:** Sahuarita PD Beat 1

**Offense Codes:** 2001
**Received By:** Martinez-Johnso **How Received:** Telephone **Agency:** SPD
**Responding Officers:** Carrizosa,Melin Johnston,Thomas Pelayo,Christin Valdez,EdwardG Cota,Ivan Bustamante, Jes Medina,Aaron
**Responsible Officers:** Carrizosa,Melin **Disposition:** Closed 12/16/20
**When Reported:** 10:14:52 12/16/20 **Occurred Between:** 10:11:26 12/16/20 and 10:11:26 12/16/20

**Assigned To:** **Detail:** **Date Assigned:** **/**/**
**Status:** **Status Date:** **/**/** **Due Date:** **/**/**

**NARRATIVE:**
CASE NUMBER: S20120504

SYNOPSIS: An officer responded to the 16000 block of S. Starlight View Ln., reference child abuse. The investigation revealed a juvenile male came to school with a bruise, and would not disclose how he received the bruise. The officer took custody of the juvenile and transported him to the Children's Advocacy Center (CAC), where he was interviewed by staff and disclosed abuse. The Department of Child Services (DCS) produced a safety plan for the juvenile, who was released to a family member. Interviews and welfare checks of the family were completed. No probable cause was found to make an arrest.

INVESTIGATION: On December 16, 2020, at approximately 1015 hours, I (Ofc. Carrizosa, SP295) was on duty, in full uniform, and driving a marked patrol vehicle. I responded to Copper View Elementary School, located at 16200 S. Starlight View, reference child abuse. The call text stated a six-year-old male, V[redacted] Wright, showed up to school with bruises, but would not disclose how he got them.

I arrived at approximately 1018 hours, and activated my department issued body worn camera (BWC). I later uploaded the associated footage at the Sahuarita



Police Department (SPD). Detective Johnston (SP219) arrived a short time later. I spoke with school healthcare assistant io-Jessica Mendez, who verbally identified herself and provided the following in substance statement: She is in charge of changing six-year-old v-█████ Wright's pull up daily, due to his medical condition, Encopresis. Encopresis is the inability to control or hold defecation. While changing him today, she noticed a horizontal red mark with bruising on the back of his left thigh, under his buttocks. She then went and got complainant Copper View Elementary School employee io-Deborah Ramirez to look at the mark, to validate what she saw. She asked v-Wright what happened to his leg, and he replied, "I don't know. I didn't fall." After he responded, he proceeded to lean with his back against the wall and pull the hood of his jacket over his head. IO-Jessica Mendez stated that this behavior was not normal for him. If he gets embarrassed, he will usually deflect answering the questions, but does not become defensive or shy. She tried asking him again, but he became irritated and stated, "I already told you a million times, I don't know."

I spoke with io-Deborah Ramirez, the second person to see the bruise, and she provided the following in substance statement: She was asked by io-Jessica Mendez to look at a mark on v-Wright's left leg. She saw a mark on the back of his left thigh that looked like it was from a belt. She also asked him what happened, and he said he didn't remember. I asked io-Ramirez if there have been any issues with the Wright family in the past, and she stated, "No." She did inform me that the kids' biological mother is not active in their lives, nor does she have custody. The children were officially adopted by their step-mother, s-Irlanda Wright, sometime last year.

After speaking with io-Mendez and io-Ramirez, I went into io-Mendez's office and spoke with v-Wright. I introduced myself and told him I heard he had an "ouchie." He said he did, and I asked where it was. He said it was on his leg, and motioned to his left leg. I told him I was going to take photographs of his "ouchie," to make sure he was okay. With the assistance of io-Mendez, v-Wright's pants were pulled down and photographs of the wound were taken. I later uploaded the photographs into the Digital Information Management System (DIMS) at the SPD. I saw a red mark with slight bruising on the top, approximately five inches long and one inch wide, located on the back of his upper left thigh, below his buttocks. I sat with v-Wright and played with some building toys with him, attempting to build a rapport with him. He stated he did not remember how he got the mark, however, he did state that he got it yesterday.

Because of both parents being suspects, and the inability to get ahold of the Arizona Department of Child Safety, I took custody of v-Wright at approximately 1130 hours, and transported him to the Children's Advocacy Center (CAC) for a

forensic interview.

At approximately 1200 hours, I arrived at the CAC with Detective Johnston and v-Wright. We met with forensic interviewer Morgan Rau, who conducted the interview with v-Wright at approximately 1215 hours. During the interview, he disclosed that his stepmom, who he calls mom, s-Irlanda Wright, sometimes spanks him with her hand, a Hot Wheels Racetrack, and a small, brown belt. She asked when the last time s-I. Wright spanked him was, and he stated five days ago, for stealing a granola bar from their kitchen.

At approximately 1300 hours, Dr. Woolridge conducted a medical exam of v-Wright and found additional bruises located under his pull up and on his leg. There were multiple circular bruises on his left buttock, and two horizontal marks located above the circular bruises on his left buttock. A horizontal mark on his lower back, above his right buttock, and another horizontal mark on his right leg, underneath his right buttock, were also found. Lastly, a horizontal bruise was located in between his legs on his upper right leg. Detective Johnston took photographs during the medical exam, which I later uploaded to DIMS at the SPD. Please reference his report for further information.

DCS was contacted by io-Mendez, who made a report to Coretta (3014). The report was assigned to DCS Supervisor Meghean Fransisco. DCS was requested to come to the CAC and take custody of v-Wright. DCS worker Gerardo Talamantes arrived at the CAC at approximately 1545 hours. After speaking with his supervisor, they determined that it would not be safe to release v-Wright back to his family. He spoke with v-Wright's father, s-Brian Wright, and informed him of a voluntary safety plan that included the paternal grandmother, io-Lisa Puglino, moving into their home and supervising v-Wright's interactions with the family for two weeks. S-Brian Wright agreed to the voluntary safety plan. DCS worker Gerardo Talamantes informed me that the paternal grandmother, io-Lisa Puglino, is driving down to the CAC from Phoenix to pick up v-Wright.

During this time, multiple detectives served a search warrant on the residence at 15074 S. Placita Rancho Verano, for the objects allegedly used to strike v-Wright. They also conducted interviews with the family, and did welfare checks on the other children at their residence. At approximately 1900 hours, Detective Johnston advised me that after conducting the interviews and welfare checks, the injuries are most likely from roughhousing with his siblings. No probable cause exists to arrest either parent. Please reference other reports for more detail.

At approximately 1930 hours, DCS worker Gerardo Talamantes returned to the CAC and informed me that he went to v-Wright's residence and obtained a signature

from s-Brian Wright, agreeing to the safety plan. Gerardo Talamantes took custody of v-Wright at approximately 1935 hours, until io-Puglino arrived.

CHARGES INVESTIGATED: ARS 13-3623B2, Child Abuse (F3)

DISPOSITION: Closed. No probable cause for arrest.

**Radiolog:**

| Unit | Enroute | Arrived | Completed |
|---|---|---|---|
| 2331 | 18:43:07 12/16/20 | 17:17:47 12/16/20 | |
| 2332 | 11:38:45 12/16/20 | 10:31:09 12/16/20 | |
| 2334 | 17:10:39 12/16/20 | 17:15:39 12/16/20 | |
| 2339 | 18:43:06 12/16/20 | 18:47:22 12/16/20 | |
| 2353 | | 17:17:03 12/16/20 | |
| 2361 | | 17:17:03 12/16/20 | |
| 2365 | 10:15:24 12/16/20 | 10:18:50 12/16/20 | 19:57:20 12/16/20 |

## INVOLVEMENTS

| Type | Record | Date | Relationship |
|---|---|---|---|
| dsmain | S94463 | 12/23/20 | REQUEST |
| dsmain | S94557 | 12/29/20 | DISSEMINATION LOG |
| dsmain | S94747 | 01/08/21 | REQUEST |
| dsmain | S95677 | 02/22/21 | REQUEST |
| nmmain | 1711761 | 12/16/20 | SUSPECT |
| nmmain | 1942771 | 12/16/20 | SUSPECT |
| nmmain | 2016664 | 12/16/20 | VICTIM |
| nmmain | 2016669 | 12/16/20 | OTHER |
| evmain | S30429 | 12/22/20 | Evidence Incident |
| evmain | S30430 | 12/22/20 | Evidence Incident |
| evmain | S30431 | 12/22/20 | Evidence Incident |
| evmain | S30432 | 12/22/20 | Evidence Incident |
| cdcall | 7179475 | 12/16/20 | Initiating Call |

**VICTIMS:**

**Name:** WRIGHT, [redacted] **Name Number:** 2016664
**Race:** 5 **Sex:** M **DOB:** [redacted]
**Address:** 15074 S PLACITA RANCHO VERANO, Sahuarita, AZ 85629
**Home Phone:** **Work Phone:**

**OTHER:**

**Name:** PUGLIANO, LISA K. **Name Number:** 2016669

**Race:** 5 **Sex:** F **DOB:** [redacted]

**Address:** 15210 N 61ST, Scottsdale, AZ 85254-2502

**Home Phone:** **Work Phone:**

---

**SUSPECTS:**

**Name:** WRIGHT, BRIAN J. **Name Number:** 1711761

**Race:** 5 **Sex:** M **DOB:** [redacted] **Height:** 5'06" **Weight:**200 **Hair:** BRO **Eyes:** BRO

**Address:** 15074 S PLACITA RANCHO VERANO, Sahuarita, AZ 85629

**Home Phone:** ( ) - **Work Phone:** (520)382-0460

---

**Name:** ZAZUETA-VASQUEZ, IRLANDA Y. **Name Number:** 1942771

**Race:** 1 **Sex:** F **DOB:** [redacted] **Height:** 5'06" **Weight:**150 **Hair:** BRO **Eyes:** BRO

**Address:** 15074 S PLACITA RANCHO VERANO, Sahuarita, AZ 85629

**Home Phone:** ( ) - **Work Phone:** ( ) -

---

**EVIDENCE INFORMATION:**

**Item Number:** AM1A **Item Type:** EVI
**Serial Number:** **Item:** TOY
**Brand:** CAR TRACK **Model:** **Color:** BLU
**Description:** BLUE PLASTIC TOY CAR TRACK

---

**Item Number:** AM2A **Item Type:** EVI
**Serial Number:** **Item:** TOY
**Brand:** CAR TRACK **Model:** **Color:** BLU
**Description:** BLUE PLASTIC TOY CAR TRACK

---

**Item Number:** AM3A **Item Type:** EVI
**Serial Number:** **Item:** BELT
**Brand:** (BRAIDED) **Model:** **Color:** BRO
**Description:** BROWN BELT (BRAIDED)

---

**Item Number:** AM4A **Item Type:** EVI
**Serial Number:** **Item:** BELT
**Brand:** W/BRASS BUCKLE **Model:** **Color:** BRO
**Description:** BROWN BELT WITH BRASS BUCKLE

---

**SUPPLEMENTAL NARRATIVE:**
**Name:** Johnston,Thomas
**Date:** 14:25:10 12/24/20
CASE NUMBER: S20120504

SYNOPSIS: A detective responded to a local elementary school reference the report of possible child abuse. A male student was transported to the CAC where an interview was conducted. Based on the child's disclosure, a search warrant was obtained and executed at his residence and his family members were interviewed. The investigation continues.

SUPPLMENTAL: On December 16, 2020, at approximately 1030 hours, I (Det. Johnston SP219) was assigned to the Investigations Bureau and working in plain clothes. I responded to the Copper View Elementary School at 16200 S. Starlight View reference the report of possible child abuse. I met Ofc. Carrizosa at the school and spoke with the school Principal Raulston in her office.

I then spoke with Health Assistant Jessica Mendez (Tel:520-406-9084) and she stated that student v-[redacted] Wright has a medical condition in which he wears "pull up" pants that need to be changed on a daily basis. She was changing him today and saw a linear bruise on the back of his left leg below his buttocks. She asked him what happened and he said that he didn't remember and pulled his hoodie over his head which was not his normal behavior. She then called Sahuarita PD and reported the case to DCS and spoke with "Coretta" at extension 3014.

Ofc. Carrizosa spoke with v-[redacted] Wright in order to obtain initial information and quickly established a rapport with him. She said that he sustained his injury yesterday but gave no further details. I telephoned DCS but was unable to connect with an operator. I then scheduled a priority one forensic interview at the CAC in the next 30 minutes. Considering that abuse may have occurred at v-Wright's home and DCS was unavailable, I requested that Ofc. Carrizosa transport him to the CAC and I would meet them there.

We arrived at the CAC and briefed Interviewer Morgan Rau. At 1215 hours, Morgan Rau interviewed v-Wright and he provided the following in substance statement: He had an "owie" on his left leg. The nurse at school saw it when she was changing him. The "owie" looks like it hurts but it doesn't hurt. He did not know how it happened. When he gets into trouble, his mom hits him on the butt. The last time it happened was 5 days ago when he and his brother snuck a granola bar from the kitchen. She hit him on his butt with her hand and sent him to bed. He was wearing his "Toy Story" pajamas. When his mom hit him, it didn't hurt but he pretended it hurt so he doesn't get hit with something else that is

stronger. She hit him and his brother on the butt with a belt. His mom also hit him previously with a "Hot Wheels" blue track on his butt. On other occasions, his mom hit him on the butt with a small brown belt when he was 5 years old. His mom keeps the brown belt in the closet. She only uses her hand on other occasions. His father only spanks him with his hand on the butt. All of his siblings are punished by spanking. When he is bad and doesn't want to get changed, his mom will spray him with the hose outside. He feels safe at his house.

After the interview, I contacted Dr. Dale Woolridge from Banner UMC in order to order a medical evaluation of v-Wright. He responded and conducted a medical examination. I took photos during the examination and Dr. Woolridge said that the injury to v-Wright's left leg was likely from a pliable instrument, possibly a belt, which distributed the force evenly across the tissue rather than a blunt instrument. He also noticed other, older injuries on v-Wright's buttocks which he said were likely impact injuries. V-Wright also had injuries on other parts of his body that were not suspicious in nature. Dr. Woolridge then provided me with a medical examination report.

I again attempted to contact DCS and eventually spoke with Michelle Orozco (tel: 520-209-4668) and she arranged for an Investigator to respond. I later received a phone call from OCWI Gerardo Talamantes (tel: 520-305-1743) and he said that he would get approval to respond. He responded to the CAC and began developing a safety plan for v-Wright. I contacted Det. Pelayo and requested that a search warrant be composed on the Wright residence at 15074 S. Placita Rancho Verano in order to locate and obtain a small brown belt and "Hot Wheels" blue track that v-Wright disclosed in the CAC interview.

I left Ofc. Carrizosa with OCWI Talamantes and responded to the Wright residence at 15074 S. Placita Rancho Verano in order to participate in the execution of the search warrant and to interview v-Wright's parents: s-Brian Wright and s-Irlanda (Zazueta-Vasquez) Wright.

Upon my arrival, I observed the interior of the residence and saw that it was very clean and orderly. Masny items were present that children would utilize and appreciate, from custom paintings in their bedrooms to a play room in the living room area. I saw an in-ground trampoline and swimming pool in the back yard. At the sounth end of the house, I saw a trash dumpster with blue "Hot Wheels" tracks in a trash bag inside as well as a single track on the ground next to the dumpster. I activated my DAR and spoke with s-Brian Wright in his dining room while Det. Pelayo spoke with s-Irlanda Wright at a different location in the residence and Det. Medina and Det. Bustamante served the search warrant and searched for the items.

S-B. Wright said that v-Wright is very active and has trouble focusing on school so he attends Copper View Elementary School 5 days per week. He said that v-Wright is very active and is always moving or jumping on the in-ground trampoline that they have in the back yard. He said that he often sustains bruises from his activity. According to s-B. Wright, v-Wright and his brother, Mateo, were rough housing in their room the night before when they became too aggressive and started fighting. He said that they were hitting each other with "Hot Wheels" tracks and then began punching each other. At that point, S-B. Wright said that s-Irlanda Wright took the "Hot Wheels" tracks away from the boys and threw them in the trash and then spanked both boys with her hand. S-B. Wright said that the children are disciplined by spanking but always by hand and never with other objects.

I explained that v-Wright sustained an injury to his leg that was not present the day before and that there were older bruises on his buttocks. S-B. Wright questioned why nothing was reported by the school previously about bruises to v-Wright's buttocks that, he said, were caused by his every day activities.

I took photos of the other children in the residence and checked them for injuries. None of the other children had any injuries or suspicious marks.

I then conferred with Det. Pelayo and Sgt. Navarrete and determined not to arrest s-I. Wright at this time. I returned to the Sahuarita Police Station and downloaded the DAR into the DIMS System.

CHARGES INVESTIGATED: ARS 13-3623B2 Child Abuse (F3)

DISPOSITION: CLOSED. Forward for prosecution review.

**SUPPLEMENTAL NARRATIVE:**
**Name:** Pelayo,Christin
**Date:** 14:03:46 12/28/20
CASE NUMBER: S20120504

SYNOPSIS: Detectives responded to an address in Sahuarita reference a call of possible child abuse. Detectives obtained a search warrant and also conducted interviews with the parents of the child. The investigation is ongoing.

SUPPLEMENTAL: On December 16, 2020, I (Det. Pelayo, SP238) was assigned to the Investigations Bureau and working in plain clothes. I was advised by Detective Johnston, (SP219) of this case and he briefed me on the information he had up to that point. He requested that a search warrant be composed on the Wright's residence located at the address of 15074 S. Placita Rancho Verano in order to locate and obtain a small brown belt and "Hot Wheels" blue track that had been disclosed by the victim, v-█████ Wright during a forensic interview. These items were allegedly used to strike the victim. I then wrote a telephonic search warrant which was granted by Pima County Superior Court Judge D. Bernini at approximately 1625 hours.

In my unmarked patrol vehicle, I responded to the address of 15074 S. Placita Rancho Verano, where I met Detective Johnston and other officers outside. The warrant was executed at approximately 1717 hours. While officers looked for items of evidentiary value, Det. T. Johnston and I met with the homeowners.

Upon entering the residence, I found the residence to be neat, clean and in an orderly fashion. Inside the residence we met with s- Brian Wright, father to v-██ Wright. He was cooperative and respectful as he agreed to speak with Det. T. Johnston for an interview. They sat at the kitchen table as Det. T. Johnston interviewed him. Please see his supplement for further details regarding the interview.

Moments later, his wife s- Irlanda Wright, who is the mother to v-L. Wright arrived at the residence. She agreed to be interviewed by me and we ascended up the stairs to her bedroom. S-I. Wright preferred speaking Spanish, therefore I conducted my interview with her in Spanish. The following were her in substance statements. This interview was recorded using my DAR and later uploaded into DIMS at the Sahuarita Police Department.

She stated that she knew that the police had taken her child from school; however, she didn't know the reason why. I advised her that the school had discovered marks on her child. She advised she knew how he had received them.



She stated that both v[redacted] Wright and his brother slept in the same room on bunk beds. The night before they had been physically fighting and yelling in their room. Io-Mateo Wright said v-[redacted] Wright hit him and v-[redacted] Wright stated that io-[redacted] Wright had hit him. She then took away the "Hot Wheels" track with which they were hitting each other with, and told them she was going to throw them away. They both laughed at her. She then spanked each of them on their bottoms with her bare hand and told them to go to bed.

She didn't notice anything out of the ordinary about v[redacted] Wright this morning. In fact she had changed his diaper and had not seen any marks on his bottom; although, she hadn't really checked the interior part of his buttocks. She had only noticed a small mark on his face from where io-[redacted] Wright had hit him when they were fighting.

She hit them for serious matters only, such as when they physically fought each other. She never hit them with all her force because after all; they were still children. Typically as punishment, both she and her husband took electronics away from the children. However, yesterday she felt as if they deserved to be spanked due to them physically fighting with each other. She believed they fought in this manner for approximately five minutes. She spanked them with her right hand. She denied ever using an object to strike them to include a belt or the "Hot Wheels" track. She had threatened them before to hit them with a belt, or with a slipper, but had never actually went through with it. She believed that v-[redacted] Wright had received those marks from fighting with io- M. Wright when they used the "Hot Wheels" tracks to hit each other. She had thrown the tracks away in the trash can outside and asked if I wanted to see them.

It was unusual for them to fight as they did last night. Last night seemed excessive and loud. They had previously fought about things in the house, but never to the extent as yesterday. This was the first time she had seen them like this. Both boys had been watching "Cobra-Kai" (a martial arts series). Their room even had the "Cobra-Kai" symbol painted on their wall. They played around pretending "martial arts" around the house, but she had never seen any marks on them from it.

Every day the school assists with changing v[redacted] Wright's pull-ups (diapers). In all the years of assisting them, this was the first time marks had been seen on v-[redacted]. Wright.

Her husband, s- B. Wright was the sweetest man in the world. She typically was the disciplinarian in the house, not him. He instead spoke to them or restricted their electronics for awhile. He was always calm. She had never seen him strike any of the children. He merely scold them or restrict their

electronics.

V-█ Wright went to school every day. V-█ Wright began virtual learning in August. They had problems with him beginning in the first quarter. V-█ Wright was the most rambunctious, the most difficult, and the craziest of the household. He was also the most stubborn, the one with the "ideas", so getting him to do homework is difficult. Starting in October, he began going to school every day due to his difficulty with school at home.

V-█. Wright loved riding his bike, throwing himself around and climbing things. He and io- M. Wright were constantly running up and down the stairs and jumping from the play house roof down to the ground. They also jumped from the top of the bunk bed to the floor. They had a trampoline outside that v-█ Wright used every day. He was a very restless boy. He constantly had to be engaged in something. Being light-skinned as he was, marks would easily show up on him. She believed that was how the "old bruising" had appeared on him. The interview ended.

The other children in the residence were also checked for any visible injuries on their person. Photographs were taken and no other injuries were found on the children.

No arrests were made at this time.

CHARGES INVESTIGATED: A.R.S. 13-3623B2- Child Abuse (F3)

DISPOSITION: Attach to original case narrative.

**SUPPLEMENTAL NARRATIVE:**
**Name:** Johnston,Thomas
**Date:** 14:38:26 01/19/21
SUPPLEMENTAL INCIDENT REPORT

CASE NUMBER: S20120504

SYNOPSIS: A detective presented this case for issuing with the Pima County Attorney's Office. The case was declined. The case was forwarded to the Town of Sahuarita Prosecutor for review.

SUPPLEMENTAL: On January 19, 2021, at approximately 1300 hours, I (Det. Johnston #SP219) was assigned to the Investigations Bureau and was working in plain clothes. I presented this case to Deputy Pima County Attorney Lauren Deakin with the Pima County Attorney's Office for issuing. The case was declined.

The case was provided to the Town of Sahuarita Prosecutor for review.

CHARGES INVESTIGATED: ARS 13-3623B2 Child Abuse (F3.)

DISPOSITION: CLOSED. Declined by County Attorney and forwarded to Sahuarita Town Prosecutor.