



KCI2A13K



KCI2A13L



KCI2A13M



KCI2A13N



KCI2A13O



KCl2A13P

LYNN PEAVEY CO



KCI2A13Q



KCI2A13R



KCI2A13S



KCI2A13T



KCI2A13U



KCI2A13V



KCI2A13W



KCI2A13X



KCI2A13Y



KCl2A13Z



KCl2A140







KCI2A143



KCl2A144



KCI2A145



KCI2A146



KCI2A147



KCI2A148



KCI2A149