Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326, No. 119
Tucson, Arizona 85742
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al. | Case No.:  4:21-cv-00257-JGZ |
| Plaintiffs, | |
| vs. | **NOTICE OF WITHDRAWAL OF DOCUMENT** |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | Hon. Jennifer G. Zipps |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S SEALED LODGED PROPOSED EXHIBITS

Plaintiffs, through undersigned counsel, hereby request to withdraw Sealed Lodged Proposed Exhibits (Doc. 271). The correct exhibits will be refiled.

.                                    Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 North Oracle Road Ste. 326, #119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiffs

1

## <u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on December 21, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,
<u>/s/ Michael Garth Moore</u>