Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Southern Arizona Children's Advocacy Center,<br><br>　　　　　Defendants. | Case No.: 4:21-cv-00257-JGZ<br><br>**PLAINTIFF BRIAN WRIGHT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT SOUTHERN ARIZONA CHILD ADVOCACY CENTER**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Hon. Jennifer G. Zipps<br>United States District Judge |

Now comes Plaintiff Brian Wright as personal representative of L.A.W., a minor, and moves, pursuant to Fed.R.Civ.Pro. 56(a) for partial summary judgment on liability of Defendant Southern Arizona Child Advocacy Center under the Fifth Claim for violation of the Fourth Amendment in the conduct of the forensic medical examination. Brian Wright moves also for partial summary judgment as to liability on the Sixth Claim on his

own, and the minor's behalf. The reasons warranting the Orders sought are set forth in the Memorandum of Points and Authorities.

Respectfully submitted,

<u>/s/ Michael Garth Moore</u>
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on December 21, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

<u>/s/ Michael Garth Moore</u>
