

David M Morgan
*dba* The Cochise County Record
10 Quality Hill Rd
PO Box 1218
Bisbee, AZ 85603
editor.SVDR@gmail.com
520-236-4051

Proposed Intervenor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Brian Wright *et al*,
    Plaintiffs

v.

Southern Arizona Children's
Advocacy Center *et al*
    Defendants.

4:21-cv-00257-JGZ

MOTION TO INTERVENE
IN ORDER TO OBJECT
TO PROTECTIVE ORDERS
AND OTHER EFFORTS TO
RESTRICT PUBLIC ACCESS

The First Amendment and common law protect the public's right of access to judicial proceedings and court records. That right ensures that "the public [may] participate in and serve as a check upon the judicial process—an essential component in our structure of self-government." Globe Newspaper Co. v. Superior Court, 457 U.S. 596, 606 (1982).

Promoting public scrutiny of the judicial process is especially important in cases like this one, which involves citizen allegations of serious errors and due process violations by police, DCS employees and publicly funded but non-government organizations that carry out police-like functions.

The interests of litigants in seeing "the truth come out" and those of the public are not the same.

The proposed Intervenor is an independent journalist and publisher focused on police-judicial-political systems in Arizona with special emphasis on First Amendment matters including access to court documents and other public records.

Morgan is a 2023 recipient of the Order of the Silver Key Society award by the Arizona chapter of the Society of Professional Journalists "for 25-plus years of notable journalism".

The public has a significant interest in monitoring and understanding proceedings related to the processes and actions of the Arizona Department of Child Protective Services and its contractors and "partners" as well as how the courts handle disputes involving same.

For the foregoing reasons, Morgan respectfully asks that the Court grant this motion to intervene and allow him time to retain counsel and prepare arguments objecting to protective orders and efforts to restrict access to court documents in this matter and supporting public access to all filings and exhibits which are the subject of argument, discussion or stipulation during all case proceedings.

Dated December 28, 2023

Respectfully submitted,

/s/ David M Morgan

David M Morgan
Proposed Intervenor

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, I filed the foregoing brief with the Clerk of the U.S. District Court for the District of Arizona in person.

Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system