KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2800 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Orozco, Francisco Noriega, Encinas, Talamantes, & Sheldon

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Southern Arizona Children's Advocacy Center, et al.,<br><br>　　　　Defendants. | No. CV-21-00257-TUC-JGZ<br><br>**NOTICE OF SERVICE** |

**NOTICE IS HEREBY** given that the following documents were served upon the Parties:

1. State Defendants Tenth Supplemental Disclosure Statement on December 14, 2023, and

2. State Defendants Eleventh Supplemental Disclosure Statement on December 29, 2023.

///

RESPECTFULLY SUBMITTED this  29th  day of December, 2023.

                     **KRISTIN K. MAYES**
                     **ATTORNEY GENERAL**

                     /s/Julie M. Rhodes
                     CLAUDIA ACOSTA COLLINGS
                     JULIE M. RHODES
                     Assistant Attorneys General
                     Attorneys for Defendants Orozco, Francisco, Noriega, Encinas, Talamantes, & Sheldon

s/slf
11789607