Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Southern Arizona Children's Advocacy Center, <br><br> Defendants. | Case No.: 4:21-cv-00257-JGZ <br><br> **NOTICE OF DEPOSITION OF DAVID LUJAN** <br><br> Hon. Jennifer G. Zipps |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. Rule 30, Plaintiffs in this action will take the deposition of David Lujan, upon oral examination, at the time and place stated below. The deposition will be taken before an officer authorized by law to administer oaths and will continue day to day until completed.

**NAME:**           **David Lujan**

**DATE & TIME:**    **February 19, 2024 at 11:30 a.m.**

**LOCATION:**       **DCS Headquarters- Phoenix**
                    **3003 N Central Avenue**
                    **Phoenix, AZ 85012**

The deposition will be recorded via stenography by a certified reporter with Colville & Dippel, LLC, who is duly authorized to take and transcribe the deposition.

You are invited to attend and examine as appropriate.

Respectfully submitted,
/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326, No. 119
Tucson, Arizona 85742
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was filed through the Court's CM/ECF system on January 15, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,
/s/ Michael Garth Moore