Tom Slutes, Esq. (SBN #1212)
**SLUTES, SAKRISON & ROGERS, P.C.**
4801 E. Broadway, Suite 301
Tucson, Arizona 85711
Telephone: (520) 624-6691
Facsimile: (520) 791-9632
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, Irlanda Wright, LAW, a minor, LW, a minor, MG-Z, a minor, and MW, a minor<br><br>Plaintiffs,<br><br>Vs.<br><br>Southern Arizona Children's Advocacy Center, an Arizona corporation, Marie Fordney, Dale Woolridge, MD, Marie Garrick, Natalie Barragan Dojaque, Morgan Rau, The Town Council of the Town of Sahuarita, Arizona, Thomas Johnsston, Melina Carrizosa and Christin Pelayo<br><br>Defendants. | NO. 4:21-CV-00257-JGZ<br><br>**OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(Assigned to Hon. Jennifer G. Zipps)** |

The Plaintiffs have filed a Motion for Summary Judgment against Defendant Dale Woolridge, MD. In support of their Motion, they have attached a Statement of Facts.

Since the Plaintiff's Motion was filed, Dr. Woolridge has filed his own Motion for Summary Judgment with his own Statement of Facts and Memorandum of Law. It is the position of Dr. Woolridge that since his Motion for Summary Judgment should be granted, for the reasons stated, the Plaintiff's Motion for Summary Judgment should be denied.

We have reviewed the Plaintiff's Statement of Facts and, while there are some inaccuracies in it, they are not material to the granting of Dr. Woolridge's Motion for Summary Judgment. Clearly, if Dr. Woolridge's Motion should be granted, then the Motion of the Plaintiff should be denied.

For all the reasons stated in Dr. Woolridge's Motion for Summary Judgment, the cases cited, and particularly the applicability of A.R.S. §13-3620, Dr. Woolridge opposes the Plaintiff's Motion for Summary Judgment and requests that it be denied.

DATED this 15th day of January, 2024.

SLUTES, SAKRISON & ROGERS, P.C.

By /s/ Tom Slutes
Tom Slutes
Attorneys for Defendants Woolridge

Copy of the foregoing e-mailed this 15th day of January, 2024 to:

Michael Garth Moore
6336 North Oracle Road, Suite 326
P. O. Box 119
Tucson, AZ 85704
mike@mgmoorelaw.com
   *Attorney for Plaintiffs*

Robert Grasso, Jr.
Jenna V. Mandraccia
Michael B. Smith
Grasso Law Firm, P.C.
2250 East Germann Road, Ste. 10
Chandler, Arizona 85286
rgrasso@grassolawfirm.com
jmandraccia@grassolawfirm.com
msmith@grassolawfirm.com
   *Attorneys for Southern Arizona Children's Advocacy Center*

Claudia Collings
Julie M. Rhodes
Assistant Attorney General
416 W. Congress, 2nd Floor
Tucson, AZ 85701
Julie.Rhodes@azag.gov
Claudia.Collings@azag.gov
  *Attorneys for Defendants Orozco, Francisco, Noriega,*
  *Encinas, Talamantes, & Sheldon*