KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona  85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Francisco, Talamantes,
Orozco, Noriega, Encinas & Sheldon

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Southern Arizona Children's Advocacy<br>Center, et al.,<br><br>                    Defendants. | No. CV-21-00257-TUC-JGZ<br><br>**MOTION TO FILE EXHIBITS UNDER SEAL** |

Defendants Francisco, Talamantes, Orozco, Noriega, Encinas, and Sheldon ("DCS Defendants"), through undersigned attorney, moves this Court to order that the exhibits to their Motion for Summary Judgment be filed under seal.

No.                                    DOCUMENT

1.     February 22, 2021, Sahurita Police Department Report No. 20120504, Redacted

2.     December 16, 2020, DCS Hotline Call

3.     January 5, 2021, Prelim-Temp Custody Hearing Transcript

4. December 16, 2020, Present Danger Plan

5. January 15, 2021, Temp Custody Hearing Transcript PM, Redacted

6. March 24, 2021, Dependency Trial  Transcript, Redacted

7. January 6, 2021, Temp Custody Hearing Transcript

8. Dependency Exhibit List

9. December 16, 2020, LAW Forensic Interview Transcript, Redacted

10. March 18, 2021, Contested Dependency, Redacted

11. December 28, 2020, Application for Ex-Parte Removal, Redacted

12. April 2, Contested Dependency Hearing Transcript

13. December 28, 2020, Order for Ex-Parte Removal, Redacted

14. December 18, 2020, TDM Summary Report, Redacted

15. December 28, 2020, DCS Temporary Custody Notice, Redacted

16. December 28, 2020, Wright Complaint re DCS, Redacted

17. May 3, 2021, Contested Dependency Hearing Transcript, Redacted

18. December 31, 2020, DCS Dependency Petition, Redacted

19. December 31, 2020, Temporary Orders and Findings, Redacted

20. January 5, 2021, ME Prelim Protect Hearing, Redacted

21. May 28, 2021, ME Under Advisement Ruling, Redacted

22. February 10, 2021, ME re Order Show Cause Hearing Transcript, Redacted

23. August 26, 2021, ME re Dependency Review Hearing Transcript, Redacted

24. October 14, 2021, ME re Father's MTD, Redacted

25. March 17, 2021, Contested Dependency Hearing Transcript, Redacted

26. May 19, 2021, Contested Dependency Hrg  2021-05-19_Redacted

27. Intermountain Progress Note, Redacted

28. April 14, 2021, Contested Dependency Hearing Transcript, Redacted

29. March 24, 2021, Contested Dependency Hearing Transcript, Redacted

30. February 12, 2021, Phoenix Children's Hospital Record, Redacted

31. February 10, 2021, Phoenix Children's Hospital Assessment, Redacted

32. March 15, 2021, Contested Dependency Hearing Transcript, Redacted

33. June 25, 2021, Email from Brian Wright to Joana Encinas, Redacted

34. April 28, 2021, Contested Dependency Hearing Transcript, Redacted

35. March 15, 2021,  Father's Trial Brief, Redacted

36. December 31, 2020, Email Brian Wright to Johnston re SPD Investigation

37. January 18, 2021, Letter from Moore to Johnston re SPD Investigation

38. March 29, 2021, Contested Dependency Transcript

39. January 15, 2021, ME Temp Custody Hearing AM, Redacted

40. ME Temporary Custody Hearing PM  2021-01-15_Redacted

41. March 17, 2021, ME Contested Dependency Hearing, Redacted

42. March 18, 2021, ME Contested Dependency Hearing, Redacted

43. March 22, 2021, ME Contested Dependency Hearing , Redacted

44. March 24, 2021, ME Contested Dependency Hearing , Redacted

45. March 29, 2021, ME Contested Dependency Hearing , Redacted

46. April 14, 2021, ME Contested Dependency Hearing, Redacted

47. April 28, 2021, ME Contested Dependency Hearing, Redacted

48. May 3, 2021, ME Contested Dependency Hearing, Redacted

49. SACAC/Dr. Woolridge Report, Redacted

The Exhibits contain information that is protected including the full name of the minor party, full names of non-party minors, addresses, personal phone numbers, medical records, and other sensitive information regarding the minor party and the parties regarding the underlying dependency matter.   This Court previously protected this information with its Protective Order (Doc. 98), filed January 12, 2023, as amended on March 7, 2023 (Doc. 116).  Among the state and federal statutes and rules recognizing the confidentiality of these records is A.R.S. § 41-1959(A), which prohibits releasing "files that contain information related to investigations conducted by child protective services." Additionally, "records of . . . dependency proceeding[s] shall not be open to public inspection."  A.R.S. § 8-208(F).  State laws that protect the confidentiality of records in child-protective cases provide compelling reasons to grant a motion to seal in a related case brought in federal court. *See T.T. v. Cnty. of San Diego,* 2020 WL 6118781, at *1

(S.D. Cal. Oct. 16, 2020) (allowing juvenile court records to be sealed which were statutorily protected by state law).   Accordingly, these exhibits which contain sensitive information and are records from the underlying dependency proceedings should be filed under seal pursuant to L.R.Civ. 5.6.

For the reasons set forth above, Defendants respectfully request this Court order that Exhibits 1 through 49 to their Motion for Summary Judgment be filed under seal.

RESPECTFULLY SUBMITTED this __22nd__ day of January, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

/s/Julie M. Rhodes
CLAUDIA ACOSTA COLLINGS
JULIE M. RHODES
Assistant Attorneys General
Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

4

## CERTIFICATE OF SERVICE

I hereby certify that on 22nd day of January, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
mike@mgmoorelaw.com
*Attorney for Plaintiffs*

Tom Slutes
Slutes, Sakrison & Rogers, P.C.
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

Robert Grasso, Jr.
Pari K. Scroggin
Grasso Law Firm, P.C.
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
*Attorneys for Defendants Southern Arizona Children's Advocacy Center*

s/slf
11755307-v2