Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326, No. 119
Tucson, Arizona 85742
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al. | Case No.: 4:21-cv-00257-JGZ |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE** |
| Southern Arizona Children's Advocacy Center, et al., | Hon. Jennifer G. Zipps |
| Defendants. | |

Plaintiffs, by and through undersigned counsel, give notice that they have served a Fifth Set of Discovery Requests on DCS Defendants by email to DCS Counsel on the 26th day of January 2024.

DATED this 26th day of January 2024.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326, No. 119
Tucson, Arizona 85742
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on January 26, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

                      Respectfully submitted,

                      /s/ Michael Garth Moore
                      Michael Garth Moore (023742)
                      6336 N. Oracle Rd. Suite 326, No. 119
                      Tucson, Arizona 85742
                      Telephone: 520-437-9440
                      mike@mgmoorelaw.com

                      *Trial Counsel for Plaintiffs*