# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Pursuant to the Scheduling Order issued January 13th, 2023 (Doc. 99), the Parties contacted Chambers to schedule a conference to resolve a dispute that arose during discovery.

**IT IS ORDERED:**

(1) Setting a Conference on **February 5, 2024** at **3:15 p.m.** in Courtroom 5D before the Honorable Jennifer G. Zipps. Counsel may contact chambers to request to appear telephonically.

(2) The Parties shall file a statement with the issues or questions related to the dispute no later than **February 5, 2024** at **10:00 a.m.**

Dated this 1st day of February, 2024.

_____
Jennifer G. Zipps
United States District Judge