**GRASSO**
— LAW FIRM —
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200
Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
Attorneys for Defendants Southern
Arizona Children's Advocacy Center

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright; Irlanda Wright; L.A.W., a minor, by his Father and Next Friend Brian Wright; MG-Z, a minor, by his Mother and Personal Representative, Irlanda Wright;<br><br>Plaintiffs,<br><br>vs.<br><br>Southern Arizona Children's Advocacy Center, an Arizona corporation; Marie Fordney; Dale Woolridge, M.D.; Thomas Johnston; Melina Carrizosa; Christine Pelayo; Gerardo Talamantes; Meghean Francisco; Joana Encinas; Jeanette L. Sheldon; Betina Noriega; and Michelle Orozco,<br><br>Defendants. | Case No. 4:21-cv-00257-JGZ<br><br>**DEFENDANT SOUTHERN ARIZONA CHILDREN'S ADVOCACY CENTER REQUEST TO APPEAR TELEPHONICALLY OR VIRTUALLY AT THE HEARING ON FEBRUARY 5, 2024 AT 3:15 P.M.** |

Defendant Southern Arizona Children's Advocacy Center, by and through undersigned counsel, respectfully request that it's counsel be permitted to appear telephonically or by virtual (video) means at the Conference on February 5, 2024 at 3:15 p.m. (*see* Doc. 315). Defendant's counsel is located in the Phoenix metropolitan area and currently has no discovery dispute issue in this matter. Consequently, in the interests of judicial economy, Defendant respectfully requests that it's counsel be permitted to appear for the Conference telephonically or by virtual (video) means.

For the Court's convenience, a proposed form of Order is lodged herewith.

1

1     RESPECTFULLY SUBMITTED this 5th day of February, 2024.

2                           **GRASSO LAW FIRM, P.C.**

4               By      /s/Pari K. Scroggin
                                  Robert Grasso, Jr.
                                  Pari K. Scroggin
                                  2250 East Germann Road, Suite 10
                                  Chandler, Arizona 85286
                                      Attorneys for Defendants Southern
                                      Arizona Children's Advocacy Center