Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br><br>Southern Arizona Children's Advocacy Center,<br><br>　　　　Defendants. | Case No.: 4:21-cv-00257-JGZ<br><br><br>**PLAINTIFF'S MOTION FOR ORDER REQUIRING PIMA COUNTY OFFICE OF CHILDREN'S COUNSEL TO SHOW CAUSE** |

　　　Now comes Plaintiff Brian Wright, on his behalf, and that of his minor son, L.A.W., pursuant to Fed. R. Civ. Pro. 45(g), and move this Court for an Order requiring the Jillian Aja, Chief Counsel of the Office of Children's Counsel to appear before the Court to show cause why OCC should not be held in contempt for failure to obey a subpoena. The reasons warranting the Order are set out herein. Alternatively, this Motion is brought pursuant to Fed. R. Civ. Pro. 37(a) to compel production of documents, and for expenses, including reasonable attorney fees, of the Motion pursuant to Rule 37(a)(5)(A).

On October 13, 2023, service was effected on the Pima County Office of Children's Counsel, through Ms. Aja, of a subpoena *duces tecum* requiring documents to be produced to the undersigned on October 27, 2023. Doc. 320. No documents were produced, nor was any objection filed. On October 30, 2023, the undersigned received a phone call from Ms. Aja, who stated that responsive documents were being gathered and would be produced. No further communications were received.

For these reasons, Plaintiff respectfully requests that this Court issue an Order requiring Ms. Aja to appear and answer why the Pima County Office of Children's Counsel should not be held in contempt for failure to obey this lawful subpoena, and set a date and time for such hearing.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com
*Trial Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on February 8, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. This Motion was also served on the Pima County Office of Children's Counsel by process server. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

/s/ Michael Garth Moore