KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | |
| v. | **NOTICE OF DEPOSITION** |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30 of the Arizona Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths.

PERSON TO BE EXAMINED:   Timothy Turner

DATE & TIME OF DEPOSITION:   Monday, March 11, 2024
10:00 a.m.

```
 1        PLACE OF DEPOSITION:        Via Zoom

 2
          A Zoom Meeting will be set up by the court reporter for any party appearing
 3   remotely.  The Zoom link will be forwarded to all parties by the court reporter prior to the
     deposition.
 4

 5        DATED this  9th  day of February, 2024.

 6                                           KRISTIN K. MAYES
                                             ATTORNEY GENERAL
 7
                                             /s/Julie M. Rhodes
 8                                           CLAUDIA ACOSTA COLLINGS
                                             JULIE M. RHODES
 9                                           Assistant Attorneys General
                                             Attorneys for Defendants Francisco,
10                                           Talamantes, Orozco, Noriega, Encinas &
                                             Sheldon
11
```

## CERTIFICATE OF SERVICE

I hereby certify that on 9th day of February, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
mike@mgmoorelaw.com
*Attorney for Plaintiffs*

Tom Slutes
Slutes, Sakrison & Rogers, P.C.
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

Robert Grasso, Jr.
Pari K. Scroggin
Grasso Law Firm, P.C.
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
*Attorneys for Defendants Southern Arizona Children's Advocacy Center*

Glennie Reporting Services

s/slf
11882745