**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion for Order Requiring Pima County Office of Children's Counsel to Show Cause. (Doc. 321.)

On October 13, 2023, service of a subpoena *duces tecum* was affected on Pima County Office of Children's Counsel (the "OCC") through Jillian Aja, its Chief Counsel, requiring responsive documents be produced by October 27, 2023. (Doc. 320). Plaintiffs allege that responsive documents were not produced. (Doc. 321.) The record shows that no objection to the subpoena *duces tecum* was filed. Plaintiffs allege that on October 30, 2023, Ms. Aja contacted Plaintiffs' Counsel stating that the responsive documents were being gathered for production. (*Id.*) Plaintiffs allege that responsive documents were not produced. (*Id.*)

Federal Rule of Civil Procedure 45(g) states the Court "…may hold in contempt a person who, having been served, fails with out adequate excuse to obey [a] subpoena or an order related to it."

**IT IS ORDERED:**

1. Plaintiffs' motion is **granted.**

2. Plaintiff shall serve this Order to Show Cause on the OCC or their authorized representative.

3. The OCC shall submit to this Court no later than **Tuesday, February 20, 2024** an explanation why they have not complied with the October 13, 2023 subpoena.

4. The OCC shall appear in Courtroom 5D before the Honorable Jennifer Zipps at **8:45 a.m.** on **Tuesday February 27, 2024** for a hearing on the Order to Show Cause.

Dated this 9th day of February, 2024.

_____
Jennifer G. Zipps
United States District Judge