KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | |
| v. | **JOINT SETTLEMENT STATUS REPORT** |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

The Parties, through undersigned counsel, submit their Joint Settlement Status Report pursuant to this Court's Order (Doc. No. 99), as follows:

There is nothing to report, and no settlement discussions are ongoing at this time.

///

///

///

RESPECTFULLY SUBMITTED this __12th__ day of February, 2024.

| | |
|---|---|
| **LAW OFFICES OF MICHAEL GARTH MOORE** | **KRISTIN K. MAYES ATTORNEY GENERAL** |
| /s/Michael Garth Moore (w/permission)<br>Michael Garth Moore<br>Attorney for Plaintiffs | /s/Julie M. Rhodes<br>CLAUDIA ACOSTA COLLINGS<br>JULIE M. RHODES<br>Assistant Attorneys General<br>Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon |
| **SLUTES, SAKRISON & ROGERS, P.C.** | |
| /s/Tom Slutes (w/permission)<br>Tom Slutes<br>Attorneys for Defendant Woolridge, MD | |
| **GRASSO LAW FIRM P.C.** | |
| /s/Pari Scroggin (w/permission)<br>Robert Grasso, Jr.<br>Pari Scroggin<br>Attorneys for Defendants Southern Arizona Children's Advocacy Center | |

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of February, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
mike@mgmoorelaw.com
*Attorney for Plaintiffs*

Tom Slutes
Slutes, Sakrison & Rogers, P.C.
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

Robert Grasso, Jr.
Pari K. Scroggin
Grasso Law Firm, P.C.
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
*Attorneys for Defendants Southern Arizona Children's Advocacy Center*

s/slf
11896106

3