Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br><br>Southern Arizona Children's Advocacy Center,<br><br>            Defendants. | Case No.:  4:21-cv-00257-JGZ<br><br>**MOTION TO VACATE HEARING ON FEBRUARY 27, 2024 AT 8:45 A.M. AND NOTICE OF WITHDRAWAL**<br><br><br><br>Hon. Jennifer G. Zipps |

This Court set the hearing on this Court's Order to Show Cause for 8:45 a.m. on February 27, 2024, *see* Doc. 326. The undersigned received requested documents from Jillian Aja, Bureau Chief for the Pima County Office of Children's Counsel. In light of this, Plaintiffs give Notice of Withdrawal of the Motion for Order to Show Cause (Doc. 321) and respectfully request that the Court vacate the hearing.

DATED this 15th day of February, 2024.

                                        Respectfully submitted,

                                        */s/ Michael Garth Moore*
                                        Michael Garth Moore (023742)

1

6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on February 15, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

*/s/ Michael Garth Moore*