Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Southern Arizona Children's Advocacy Center, <br><br> Defendants. | Case No.: 4:21-cv-00257-JGZ <br><br> **AMENDED NOTICE OF DEPOSITION OF DEPARTMENT OF CHILD SAFETY** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. Rule 30, Plaintiffs in this action will take the deposition of a Representative of the Department of Child Safety, upon oral examination, at the time and place stated below. The deposition will be taken before an officer authorized by law to administer oaths and will continue day to day until completed.

**NAME:**           **Kylah Ross-Mount, DCS Representative**

**DATE & TIME:**    **March 14, 2024 at 9:00 a.m.**

**LOCATION:**       **DCS Headquarters- Phoenix**
                    **3003 N Central Avenue**
                    **Phoenix, AZ 85012**

**Alternate Location: Zoom Conference. Link to be provided.**

Deponent will be questioned on the following areas of inquiry:

Topic 1: Training received by the six named Defendants on legal and applied definitions of abuse.

Topic 2: Training received by the six named Defendants on utilizing mandated report interview questions.

Topic 3: Training received by the six named Defendants on obligation to ensure due process to parents and children during Department involvement in investigation and dependency proceedings.

Topic 4: Training received by the six named Defendants on the federal constitutional amendments applicable to parental rights.

Topic 5: Training received by the six named Defendants on the process of civil rights actions brought against staff.

Topic 6: Training received by the six named Defendants of DCS staff on federal funding, Title IV-E.

Topic 7: Training received by the six named Defendants in trauma of separation of child and parent and the stages of grief.

The deposition will be recorded **via stenography and video by a certified reporter, and videographer**, with Colville & Dippel, LLC, who is duly authorized to take and transcribe the deposition.

You are invited to attend and examine as appropriate.

Respectfully submitted,
/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326, No. 119
Tucson, Arizona 85742
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was filed through the Court's CM/ECF system on February 16, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

    Respectfully submitted,
    /s/ Michael Garth Moore