**GRASSO**
— LAW FIRM —

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
Pamela L. Judd, Bar No. 022109
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com

Attorneys for Defendants Southern
Arizona Children's Advocacy Center

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright; Irlanda Wright; L.A.W., a minor, by his Father and Next Friend Brian Wright; MG-Z, a minor, by his Mother and Personal Representative, Irlanda Wright;<br><br>Plaintiffs,<br><br>vs.<br><br>Southern Arizona Children's Advocacy Center, an Arizona corporation; Marie Fordney; Dale Woolridge, M.D.; Thomas Johnston; Melina Carrizosa; Christine Pelayo; Gerardo Talamantes; Meghean Francisco; Joana Encinas; Jeanette L. Sheldon; Betina Noriega; and Michelle Orozco,<br><br>Defendants. | Case No. 4:21-cv-00257-JGZ<br><br>**DEFENDANTS SOUTHERN ARIZONA CHILDREN'S ADVOCACY CENTER'S NOTICE OF SERVICE OF FOURTH SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE STATEMENT** |

**NOTICE IS HEREBY GIVEN** that Defendants Southern Arizona Children's Advocacy Center, by and through undersigned counsel, have served upon counsel for the other parties, via e-mail, Defendants Southern Arizona Children's Advocacy Center Fourth Third Supplemental Rule 26(a)(1) Disclosure Statement.

/ / /

1

RESPECTFULLY SUBMITTED this 22nd day of February, 2024.

**GRASSO LAW FIRM, P.C.**

By  /s/ Pamela L. Judd
Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
  Attorneys for Defendants Southern
  Arizona Children's Advocacy Center