# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiffs' Corrected Exhibits (Doc. 342) shall be **stricken** from the record due to clerical error.

Dated this 29th day of February, 2024.

Jennifer G. Zipps
United States District Judge