1
2
3
4

Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

5

*Trial Counsel for Plaintiffs*

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF ARIZONA**

8
9
10

Brian Wright, et al.,

          Plaintiffs,

Case No.:  4:21-cv-00257-JGZ

11
12
13

vs.

Southern Arizona Children's Advocacy
Center,

**PLAINTIFFS' APPENDICES TO
CONTROVERTING STATEMENT OF
FACTS IN OPPOSITION TO DCS
DEFENDANTS' MOTION FOR
SUMMARY JUDGEMENT DOC. 346**

14

          Defendants.

15
16

Now come Plaintiffs and submit the following Appendices:

17

| No. | Document |
|---|---|
| 1 | Declaration of Brian Wright |
| 2 | Deposition of Gerardo Talamantes, excerpts |
| 3 | Deposition of Betina Noriega, excerpts |
| 4 | Deposition of Jeannette Sheldon, excerpts |
| 5 | Deposition of Michelle Orozco Romero, excerpts |
| 6 | Deposition of Meaghan Francisco, excerpts |
| 7 | Plaintiffs' Exhibit 4B Transcript of 2020.12.16 CAC Forensic Interview of LW, Wright 7117-7131 (filed under seal) |
| 8 | Plaintiffs' Exhibit 5 SPD DIR No. S20120504, Wright 000620-637 (filed under seal) |
| 9 | Plaintiffs' Exhibit 7 SACAC File, SACAC 000001-29 |
| 10 | Plaintiffs' Exhibit 19 SPD Records Request Documents, AZWright 0007502-7509 |

18
19
20
21
22
23
24
25
26
27

| | |
|---|---|
| 11 | Plaintiffs' Exhibit 25 Child Safety and Risk Assessment, Wright 000590-611 (filed under seal) |
| 12 | Plaintiffs' Exhibit 27 Dependency Petition with Attachments 12-31-20, Wright 002944-2968 (filed under seal) |
| 13 | Plaintiffs' Exhibit 30a TDM Summary corrected 12-28-20, AZWright 007648-7655 (filed under seal) |
| 14 | Plaintiffs' Exhibit 31 Application for CAR complete, AZWright 007132-7134 (filed under seal) |
| 15 | Plaintiffs' Exhibit 32 Application for CAR with corrections (filed under seal) |
| 16 | Plaintiffs' Exhibit 33 Temporary Orders 12-31-20, Wright 002969-2974 |
| 17 | Plaintiffs' Exhibit 37 BW-GT Texts, AZWright 0566-0572 |
| 18 | Plaintiffs' Exhibit 37A BW Photo LAW |
| 19 | Plaintiffs' Exhibit 37B BW Photo LAW |
| 20 | Plaintiffs' Exhibit 37C BW Photo LAW |
| 21 | Plaintiffs' Exhibit 39 Temporary Custody Notice 12-29-20, Wright 000655-656 (filed under seal) |
| 22 | Plaintiffs' Exhibit 41 Talamantes' Responses DR's First Set excerpts |
| 23 | Plaintiffs' Exhibit 61 ARS 8-201 |
| 24 | Plaintiffs' Exhibit 68 Home Safety Checklist 1.4.21, Wright 001164-1169 (filed under seal) |
| 25 | Plaintiffs' Exhibit 69 Kinship Placement Agreement 1.4.21, Wright 001103-1104 |
| 26 | Plaintiffs' Exhibit 73 BW-JS re 1 12 21 Incident, Sahuarita 000065-69 |
| 27 | Plaintiffs' Exhibit 87 CORE Legal Definitions, Wright 011653-11654 |
| 28 | Plaintiffs' Exhibit 97 Emails BW to JE 1.12.21-1.13.21, Wright 000802-803 |
| 29 | Plaintiffs' Exhibit 99 Placement 1 12 21 excerpts (filed under seal) |
| 30 | Plaintiffs' Exhibit 104 JS-BW 1.22.21-2.9.21 |
| 31 | Plaintiffs' Exhibit 108b Case Plan virtual signatures 2.11.21, Wright 000731-735 (filed under seal) |
| 32 | Plaintiffs' Exhibit 119 CDLN emails excerpts |
| 33 | Plaintiffs' Exhibit 121a M Bailey-BW 4 15 21, Wright 004734 |
| 34 | Plaintiffs' Exhibit 130 Safety Plan 1.15.21, Wright 001101-1102 (filed under seal) |
| 35 | Plaintiffs' Exhibit 131 A&B, Safety Plan 4.7.21, 4.22.21 (filed under seal) |
| 36 | Plaintiffs' Exhibit 132 Safety Plan 4.15.21, 000169Wright-000171Wright (filed under seal) |
| 37 | Plaintiffs' Exhibit 134 Safety Plan 6.25.21, 000191Wright-000193Wright (filed under seal) |
| 38 | Plaintiffs' Exhibit 143b 2021.01.11 meeting excerpts |
| 39 | Plaintiffs' Exhibit 147b 2021.02.09 meeting excerpts |
| 40 | Plaintiffs' Exhibit 148b 2021.03.30 meeting excerpts |

| 41 | Plaintiffs' Exhibit 149b 2021.04.07 meeting excerpts |
| 42 | Plaintiffs' Exhibit 159 Turner report excerpts |
| 43 | Plaintiffs' Exhibit 163 Minute Entry 1 15 21, Wright 006771-6772 (filed under seal) |
| 44 | Plaintiffs' Exhibit 164 COVID Exposure Emails, Wright 018863-018866 |
| 45 | Plaintiffs' Exhibit 168 Timeline BW Depo Exhibit 21, AZWright 007661-007674 |
| 46 | Plaintiffs' Exhibit 169 BW NUI Responses BW Depo Exhibit 22 |
| 47 | Plaintiffs' Exhibit 176 DCS Practice Guide Parent Readiness for Change |
| 48 | Plaintiffs' Exhibit 177 BW-JE 3 21 21, Wright004435-004437 |

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com


*Trial Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on March 11, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

/s/ Michael Garth Moore