Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Brian Wright, et al., | Case No.: 4:21-cv-00257-JGZ |
|---|---|
| Plaintiffs, | |
| vs. | **PLAINTIFFS' MOTION TO SEAL DOCUMENTS LODGED AT DOC. 348** |
| Southern Arizona Children's Advocacy Center, | |
| Defendants. | |

Plaintiffs, by and through undersigned counsel, hereby request that the following Appendices to Plaintiffs' Converting Statement of Facts in Opposition to DCS Defendants' Motion for Summary Judgment, lodged at Doc. 348, be sealed pursuant to L.R.Civ.5.6 and Order (Doc. 341). The following are the numbers of listed appendices:

| No. | Document |
|---|---|
| 7 | Plaintiffs' Exhibit 4B Transcript of 2020.12.16 CAC Forensic Interview of LW, Wright 7117-7131 (filed under seal) |
| 8 | Plaintiffs' Exhibit 5 SPD DIR No. S20120504, Wright 000620-637 (filed under seal) |
| 11 | Plaintiffs' Exhibit 25 Child Safety and Risk Assessment, Wright 000590-611 |

|    |    |                                                                                                                      |
|----|----|----------------------------------------------------------------------------------------------------------------------|
|    |    | (filed under seal)                                                                                                   |
|    | 12 | Plaintiffs' Exhibit 27 Dependency Petition with Attachments 12-31-20, Wright 002944-2968 (filed under seal)           |
|    | 13 | Plaintiffs' Exhibit 30a TDM Summary corrected 12-28-20, AZWright 007648-7655 (filed under seal)                      |
|    | 14 | Plaintiffs' Exhibit 31 Application for CAR complete, AZWright 007132-7134 (filed under seal)                         |
|    | 15 | Plaintiffs' Exhibit 32 Application for CAR with corrections (filed under seal)                                       |
|    | 21 | Plaintiffs' Exhibit 39 Temporary Custody Notice 12-29-20, Wright 000655-656 (filed under seal)                       |
|    | 24 | Plaintiffs' Exhibit 68 Home Safety Checklist 1.4.21, Wright 001164-1169 (filed under seal)                           |
|    | 29 | Plaintiffs' Exhibit 99 Placement 1 12 21 excerpts (filed under seal)                                                 |
|    | 31 | Plaintiffs' Exhibit 108b Case Plan virtual signatures 2.11.21, Wright 000731-735 (filed under seal)                  |
|    | 34 | Plaintiffs' Exhibit 130 Safety Plan 1.15.21, Wright 001101-1102 (filed under seal)                                   |
|    | 35 | Plaintiffs' Exhibit 131 A&B, Safety Plan 4.7.21, 4.22.21 (filed under seal)                                          |
|    | 36 | Plaintiffs' Exhibit 132 Safety Plan 4.15.21, 000169Wright-000171Wright (filed under seal)                            |
|    | 37 | Plaintiffs' Exhibit 134 Safety Plan 6.25.21, 000191Wright-000193Wright (filed under seal)                            |
|    | 43 | Plaintiffs' Exhibit 163 Minute Entry 1 15 21, Wright 006771-6772 (filed under seal)                                  |

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on March 14, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

                                            Respectfully submitted,

                                            /s/ Michael Garth Moore