KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2800 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Orozco, Francisco Noriega, Encinas, Talamantes, & Sheldon

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

**NOTICE IS HEREBY** given that the following documents were served upon the Parties:

1. State Defendants' Thirteenth Supplemental Disclosure Statement, on March 15, 2024.

///

///

RESPECTFULLY SUBMITTED this  15th  day of March, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

/s/Claudia Acosta Collings
CLAUDIA ACOSTA COLLINGS
JULIE M. RHODES
Assistant Attorneys General
Attorneys for Defendants Orozco, Francisco, Noriega, Encinas, Talamantes, & Sheldon

s/slf
11981817