# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion to Seal Documents. (Doc. 349. Having considered the Motion and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion to Seal Documents (Doc. 349) is **granted**.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to electronically file the lodge proposed documents (Doc. 348) under seal.

Dated this 15th day of March, 2024.

_____
Jennifer G. Zipps
United States District Judge