KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | **(First Request)** |

Defendants Francisco, Talamantes, Orozco, Noriega, Encinas, and Sheldon ("DCS Defendants") through undersigned counsel, request a one-week extension of the current deadline of March 26, 2024, to file their Reply in Support of their Motion for Summary Judgment to April 2, 2024. (Doc. 329.)

Undersigned counsel has been working on previously set deadlines in other cases and been out of the office two days this week on a personal matter.

This motion is made in good faith and not merely for purposes of delay. Undersigned counsel has conferred with Plaintiffs' counsel and he has agreed to the additional time. The Defendants therefore respectfully request that the Court grant their Motion and extend the time to file a reply for a period of one week, due on or before Tuesday, April 2, 2024. A proposed form of Order is lodged herewith.

RESPECTFULLY SUBMITTED this  22nd  day of March, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

/s/Claudia Acosta Collings
CLAUDIA ACOSTA COLLINGS
JULIE M. RHODES
Assistant Attorneys General
Attorneys for DCS Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
mike@mgmoorelaw.com
*Attorney for Plaintiffs*

Tom Slutes
Slutes, Sakrison & Rogers, P.C.
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

Robert Grasso, Jr.
Pamela L. Judd
Grasso Law Firm, P.C.
rgrasso@grassolawfirm.com
pjudd@grassolawfirm.com
*Attorneys for Defendant Southern Arizona Children's Advocacy Center*

s/slf
12000626