Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br><br>Southern Arizona Children's Advocacy Center,<br><br>　　　　Defendants. | Case No.: 4:21-cv-00257-JGZ<br><br>**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DCS DEFENDANTS' MOTION FOR LEAVE DOC. 356** |

　　　　Defendants move this Court, once again, to submit a memorandum in excess of the length provided by Rule. The Court should deny this, for the reason, above all, that the Defendants' Reply as to Rooker-Feldman in Doc. 357, is in actuality a four (4) page rehash of the original argument combined with new argument that should have properly been in the original Motion. This has the appearance of a sandbag job, as Defendants now roll out cases and law omitted from the Motion, and to which, if the Court allows, Plaintiffs will have no opportunity to address.

　　　　Likewise, Defendants ignored the implications of seeking judgment against Irlanda Wright and L.A.W. in the original Motion, but when Plaintiffs pointed out that

1

neither Plaintiff's Claims are subject to attack on Rooker-Feldman or preclusion, only then did Defendants bring out their argument resting on Arizona law. Again, Plaintiffs are denied the opportunity to address these new arguments.

The Court should deny this Motion.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on April 3, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

/s/ Michael Garth Moore