KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | |
| v. | **DCS DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE SECOND DISPOSITIVE MOTION** |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Defendants Francisco, Talamantes, Orozco, Noriega, Encinas, and Sheldon (DCS Defendants), by and through counsel undersigned, hereby move the Court for an Order extending the time to file dispositive motions.

This Court previously granted the DCS Defendants permission to file two summary-judgment motions: one on preclusion grounds and another comprehensive motion on the merits after discovery closed. (Doc. 237.) Currently, the deadline to file dispositive motions is May 3, 2024. (Doc. 322.)

As the Court may recall, the DCS Defendants lodged a Motion for Summary Judgment on preclusion grounds (Doc. 276) on December 18, 2023, with a request for a page extension, but that was denied.  (Doc. 290.)  DCS Defendants then revised it and again lodged the Motion for Summary Judgment (Doc. 306) on January 22, 2024, with a requested page extension.  The Court granted the page extension (Doc. 328) and allowed the Motion for Summary Judgment to be filed on February 13, 2024 (Doc. 329).  This Motion is based on preclusion grounds under *Rooker-Feldman*, claim preclusion, and issue preclusion—not on the merits.  The Motion is now fully briefed and currently pending. (*See* Doc. 345; Doc. 360.)

DCS Defendants now request that the dispositive motion deadline be moved to 60 days after the Court rules on DCS Defendants' first Motion for Summary Judgment on preclusion grounds (Doc. 329).  The DCS Defendants filed their reply in support of their first Motion for Summary Judgment on April 3, 2024.  (Doc. 360.)  A ruling granting summary judgment in DCS Defendants' favor on preclusion grounds could dispose of the matter in its entirety, which would dispense with the need to file a second summary-judgment motion on the merits.  Preparing and filing a second summary-judgment on the merits would be contrary to the interests of judicial economy by incurring the time and expense of government resources while the first dispositive motion is pending.  There is no trial date set, and this motion is not made for any purpose to delay the litigation.  Plaintiffs' counsel did not stipulate to this motion, indicating that he did not receive authorization from his client to agree to another delay.

RESPECTFULLY SUBMITTED this   9th   day of April, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

/s/Claudia Acosta Collings
CLAUDIA ACOSTA COLLINGS
JULIE M. RHODES
Assistant Attorneys General
Attorneys for DCS Defendants

2

# CERTIFICATE OF SERVICE

I hereby certify that on 9th day of April, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
mike@mgmoorelaw.com
*Attorney for Plaintiffs*

Tom Slutes
Slutes, Sakrison & Rogers, P.C.
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
Grasso Law Firm, P.C.
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
*Attorneys for Defendants Southern Arizona Children's Advocacy Center*

s/slf
12037318

3