Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Southern Arizona Children's Advocacy Center, <br><br> Defendants. | Case No.: 4:21-cv-00257-JGZ <br><br> **PLAINTIFFS BRIAN WRIGHT AND L.A.W.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE SEVENTEENTH AND NINETEENTH CLAIMS** <br><br> Hon. Jennifer G. Zipps |

Now come Plaintiffs Brian Wright, and through him as personal representative, L.A.W., and move the Court, pursuant to Fed.R.Civ.Pro 56, for an Order granting partial summary judgment against Defendants Gerardo Talamantes and Meghan Franciso on two Claims.

The Seventeenth Claim [Third Amended Complaint Doc. 204, ¶¶204-219] asserts violations of the father and son's right to familial association and due process under the Fourteenth Amendment, and the son's right to freedom from unreasonable seizure under

1

the Fourth Amendment. The violations, it is alleged, were committed through the Defendants' judicial deception in securing and executing an *ex parte* Court Authorized Removal on December 28, 2020.

The Nineteenth Claim [Doc. 204, ¶¶220-237] asserts the same violations arising out of the Defendants' securing the filing of a Dependency Petition on December 31, 2020, and through that, securing *ex parte* Temporary Orders confirming the custody of the Arizona Department of Child Safety [hereafter, "AZDCS"]; it also asserts violations arising out of preparation and submission of a Report to the Court. However, this Motion is direct only to the filing of the Dependency Petition and securing of *ex parte* Temporary Orders.

Plaintiffs submit that, as to those Claims, there is no genuine issue of material fact that Defendants recklessly submitted false allegations of fact to the two Courts in order to secure orders first, giving temporary custody to AZDCS, and, second, confirming that seizure of custody and continuing the child's separation from his father.

The Memorandum of Points and Authorities filed herewith addresses each Claim.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com
*Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

 I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on April 11, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

          Respectfully submitted,

          /s/ Michael Garth Moore