# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Pending before the Court are Defendant Southern Arizona Children's Advocacy Center's ("SACAC") Motion for Summary Judgement (Doc. 273) and Plaintiffs' Motion for Partial Summary Judgement Against Defendant SACAC (Doc. 288) and request for Oral Argument.

**IT IS ORDERED** setting an in-person oral argument on the Parties' Motions on **Thursday, May 23, 2024, at 9:00 a.m.** before the Honorable Jennifer G. Zipps in Courtroom 5D, Evo A. DeConcini U.S. Courthouse, 405 W. Congress St., Tucson, AZ 85701. Twenty-five (25) minutes will be allocated to each party.

At least 7 days before oral argument, the Parties shall jointly provide a Notice to Court Reporter to facilitate the creation of an accurate record. The Notice shall contain the following information that may be used during oral argument:

    a.    Proper Names, including those of witnesses.

    b.    Acronyms.

    c.    Geographic locations.

        d.       Technical/medical terms, names, or jargon.

        e.       Table of authorities, in alphabetical order, which includes all the authorities the on which the parties will rely at the proceeding.

The Notice to Court Reporter need not be filed but must be provided by email to Judge Zipps' Court Reporter, Linda Parks, Linda_Parks@azd.uscourts.gov, with a courtesy copy to Judge Zipps' Chambers, zipps_chambers@azd.uscourts.gov.

        Dated this 30th day of April, 2024.

_____
Jennifer G. Zipps
United States District Judge