# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Having reviewed the DCS Defendants' Motion to File Exhibits Under Seal (Doc. 377) and good cause appearing,

**IT IS ORDERED** that the Defendants' Motion to File Exhibits Under Seal (Doc. 377) is **granted**.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to electronically file the lodged proposed documents (Doc. 378) under seal.

Dated this 13th day of May, 2024.

Jennifer G. Zipps
United States District Judge