IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Upon the Court's review of the DCS Defendants' Separate Statement of Facts in Support of Motion for Summary Judgment on Claim Twenty-Two (Doc. 380), it appears the name of the minor Plaintiff was inadvertently included twice. (Doc. 380-3 at 5 & 380-4 at 5.) Accordingly,

**IT IS ORDERED** that the DCS Defendants' Separate Statement of Facts (Doc. 380) shall be **stricken** from the record.

**IT IS FURTHER ORDERED** the DCS Defendants shall re-file their Separate Statement of Facts after full redaction by the close of business **Friday, May 17, 2024**.

Dated this 13th day of May, 2024.

Jennifer G. Zipps
United States District Judge