*Wright v. SACAC, et al.*
U.S. District Court No. CV-21-00257-TUC-JGZ

# TABLE OF CONTENTS

| No. | DOCUMENT |
|---|---|
| A. | Orozco (Romero) Declaration |
| A1. | DCS Ombudsman Complaint 12-29-2020 – Redacted |
| A2. | DCS Ombudsman Email to Romero – Redacted |
| A3. | DCS Ombudsman Email to Wright |
| A4. | Romero Follow-up Emails |
| B. | Sheldon Declaration |
| C. | Noriega Declaration |
| D. | Encinas Declaration |
| E. | Plaintiffs' RFA Responses |
| F. | Plaintiff's NUI Responses – Redacted |
| G. | Romero Deposition Excerpts |
| H. | Francisco Deposition Excerpts |
| I. | Sheldon Deposition Excerpts |

12086198