# EXHIBIT A

KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | |
| v. | **DECLARATION OF MICHELLE OROZCO** |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

I, Michelle Romero, formerly known as Michelle Orozco, hereby state, under penalty of perjury, that the following information is true to the best of my information, knowledge, and belief:

1. I am an employee of the Arizona Department of Child Safety ("DCS").

2. I began working for Child Protective Services on June 25, 1997. Child Protective Services (CPS) was the division within the Department of Economic Security charged with protecting children before the creation of DCS in 2014.

3. During my time working for CPS and DCS, I worked in different positions, including as a Team Decision-Making facilitator, a supervisor for an ongoing unit, and an ongoing case specialist.

4. At all times relevant to the allegations of the Wright's Third Amended Complaint, I was the DCS Program Manager for the South Region overseeing investigative, ongoing, and mixed units. I have been a Program Manager since 2014.

5. On December 29, 2020, Brian Wright filed a complaint with the DCS Ombudsman's Office regarding L.A.W.'s removal from his care by Defendant Talamantes and another DCS employee, Derrick Wyatt, that occurred on December 28, 2020. The focus of the complaint was Wyatt's alleged threatening and intimidating conduct toward Mr. Wright. (Attached Exhibit 1, Ombudsman Complaint filed by Wright at Wright 006699-006701.)

6. Wright's Ombudsman's Complaint was dated December 28, 2020. (Ex. 1 at 06701.) The complaint did not mention or complain about me, Joana Encinas, Jeannette Sheldon, or Betina Noriega. (*Id.*)

7. On December 29, 2020, I received a copy of Mr. Wright's Ombudsman's Complaint from Sara Bruce, an advocate with the DCS Ombudsman office. (Attached Exhibit 2, emails from Ombudsman Office at Wright 06702-6704.)

8. The Ombudsman Office advocate indicated that they had recommended that Mr. Wright first try to resolve his concerns with the investigative supervisor, Jason Dedmon. The advocate also noted that the matter regarding the child's removal and the allegations to support the removal would be discussed at an upcoming team decision making meeting. (Ex. 2 at Wright 6702-6703.)

9. On December 30, 2020, Mr. Wright acknowledged to the Ombudsman Office advocate that with his attorney, they would be addressing his concerns with the DCS supervisor. (Attached Exhibit 3, Wright email at [duplicate] Wright 06700.)

10. On January 11, 2021, I followed up with Jason Dedmon and Meghean Francisco regarding any updates on addressing the allegations in Mr. Wright's Ombudsman Complaint. (Attached Exhibit 4, Orozco emails at Wright 009915-16.) I asked Francisco to follow-up with Wyatt to discuss the allegations in the complaint and to let me and Dedmon know what his response was. (*Id.* at Wright 09914-15.)

11. On January 12, 2021, I received an update from Francisco after she met with Wyatt and received his response to the allegations in Mr. Wright's Ombudsman Complaint. (Ex. 4 at Wright 09913-14.)

12. I did not share Wright's Ombudsman's complaint with Encinas, Sheldon, or Noriega. The Ombudsman Complaint had nothing to do with them.

13. I did not instruct, or direct anyone under my supervision at any time, including Encinas, Sheldon, or Noriega, to take any adverse or retaliatory actions against Mr. Wright or his family to prevent or obstruct reunification because he filed an Ombudsman's Complaint on December 28 or 29, 2020.

14. I did not instruct, or direct anyone under my supervision at any time, including Encinas, Sheldon, or Noriega, to take any adverse or retaliatory actions against Mr. Wright or his family to prevent or obstruct reunification because of his ongoing concerns, advocacy, or statements that he made during meetings, phone calls, or communications that I was involved in while the dependency action was open.

15. Neither Mr. Wright's Ombudsman's Complaint nor any of his expressed concerns to me while the Wright case was in the ongoing case-management phase under my supervision were factors in our duty to provide case management services or our efforts to reunify the family.

16. I did not retaliate against Mr. Wright and his family and never had the intent or motivation to do so.

3

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my present knowledge, information, and belief.

DATED this 9 day of May, 2024.

*Michelle Romero*

Michelle Romero

12083201

4