# EXHIBIT A

# Attachment 1

| | |
|---|---|
| From: | Stanton, Debra on behalf of Ombudsman |
| Sent: | Tuesday, December 29, 2020 12:52 PM |
| To: | Bruce, Sarah |
| Subject: | Formal Complaint about the Pima County Department of Child Services |
| Attachments: | DCS complaint_20201229102922.pdf |





Debra Stanton
Executive Staff Assistant
Office of the Ombudsman
Arizona Department of Child Safety
3003 N. Central Avenue
Phoenix, AZ 85012
Direct Phone 602-255-2964
Ombudsman Office 602-364-0777
Fax 833-856-8927
Debra.Stanton@azdcs.gov

1

Wright 006699

AZDCS Website l Twitter l Facebook
To report child abuse or neglect: 1-888-SOS-CHILD

**From:** Brian brian.wright@ <brian.wright@
**Sent:** Tuesday, December 29, 2020 10:42 AM
**To:** Ombudsman <Ombudsman@AZDCS.GOV>
**Subject:** Formal Complaint about the Pima County Department of Child Services

**CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I have attached a formal complaint about the way that I was treated at my home yesterday. I would like for someone to address this with the Pima County Department of Child Safety to make sure they do not do this to anyone else. If you have any questions please feel free to email me or call me at

With Hospitality,



**Canoa Ranch Golf Resort**
**5775 S. Camino Del Sol**
**Green Valley, AZ 85622**
**Phone: 1.520.          Fax: 1.520.
www.canoaranchgolfresort.com**
email: **brian.wright@**



December 28, 2020

To whom it may concern:

I would like to file a formal complaint about the way that I was treated at my home today. We had a meeting this morning and it was pre-determined that my son was going to be removed from my home and placed in foster care. As soon as I heard the decision, I immediately left the office so that I could have as much time as possible with him prior to him being removed.

Once I got home, I entered my home to see my wife in tears. She was extremely upset, and I began to comfort her. I then spoke with LAW and told him not to worry that he would only be going for a short time and that he would have fun and they might even have video games for him to play. He was sad but not crying at that time.

Next, I went to my neighbor ███ house to see if he was home. We have lived next door to one another for over 8 years and he is aware if the current situation. I asked him if he felt comfortable coming over as I would like to have a witness other than my family to be present when LAW is removed from my home. I do not agree with the way things have gone up to this point and do not confide in them to handle the situation correctly when they arrive.

Gerardo, the DCS investigator arrived with another man and knocked on my door. I opened the door, and they entered my home, but the man that was with Gerardo never introduced himself. LAW began to get upset and was crying at this point. Irlanda was asking Gerardo questions but he said he was not able to answer them. I carried LAW outside and approached the minivan that they had parked in front of my home.

When the other man opened the sliding door to put LAW in the vehicle, I noticed that the child seat was not installed correctly. It was not the correct seat for LAW height and weight and did not have any anchors securing it in the seat. I informed both Gerardo and the second man that this was unsafe and asked my wife for her phone so that I could photograph the unsafe car seat. The man that was with Gerardo ripped the mask off his face and got in my face to block me from taking photographs. He began to get hostile with me and was taunting me. I blurted out "how is this safer than leaving LAW with his family" and he answered, "if you would have done your job and kept your kid safe, we wouldn't be here". My neighbor ███ asked him for his name, and he said, "you don't need to know my name". He then continued to stand in my way with a grin on his face and was inches away from me. Gerardo finally asked him to go wait on the other side of the van while we went to get our car seat from our garage. My wife installed the car seat correctly and secured it in the vehicle for them. LAW was buckled in and they left.

I felt threatened and intimidated by this man and am thankful that I had 3 witnesses to see the unprofessionalism that took place by DCS. I called every number that I had for the Arizona Ombudsman office and left one voicemail message on the number 602-277-7292.

Sincerely,

*[signature]*

Brian J. Wright
███