IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Having considered the Parties' Stipulated Motion for Extension of Time (Doc. 383) and good cause appearing,

**IT IS ORDERED** that Parties' Stipulated Motion (Doc. 383) is **granted**. The Plaintiffs shall file their Reply to DCS Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment (Doc. 375) and Memorandum in Opposition to DCS Defendants' Second Motion for Summary Judgment (Doc. 379) by **June 10, 2024**.

Dated this 14th day of May, 2024.

Jennifer G. Zipps
United States District Judge