IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Having reviewed the Parties' Stipulated Motion to Continue Oral Arguments (Doc. 384) and good cause appearing,

**IT IS ORDERED** that the Parties' Stipulated Motion (Doc. 384) is **granted**. The in-person oral argument scheduled for July 8, 2024 at 9:00 am is **vacated** and **reset for Tuesday, July 16, 2024, at 2:00 p.m.** before the Honorable Jennifer G. Zipps in Courtroom 5D, Evo A. DeConcini U.S. Courthouse, 405 W. Congress St., Tucson, AZ 85701. Twenty-five minutes will be allocated to each party.

At least 7 days before oral argument, the parties shall jointly provide a Notice to Court Reporter to facilitate the creation of an accurate record. The Notice shall contain the following information that may be used during oral argument:

    a.    Proper names, including those of witnesses.

    b.    Acronyms.

    c.    Geographic locations.

    d.    Technical/medical terms, names, or jargon.

1         e.        Table of authorities, in alphabetical order, which includes all the authorities on which the parties will rely at the proceeding.

The Notice to Court Reporter need not be filed but must be provided by email to Judge Zipps' Court Reporter, Linda Parks, Linda_Parks@azd.uscourts.gov, with a courtesy copy to Judge Zipps' Chambers, zipps_chambers@azd.uscourts.gov.

Dated this 16th day of May, 2024.

_____
Jennifer G. Zipps
United States District Judge