# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Upon review of the docket, the Court has noted that Defendant Dale Woolridge has not filed an answer to the Third Amended Complaint. (Doc. 204.) Accordingly,

**IT IS ORDERED** that Defendant Dale Woolridge shall file an answer to the Third Amended Complaint (Doc. 204) by Thursday May 23, 2024.

Dated this 17th day of May, 2024.

Jennifer G. Zipps
United States District Judge