Tom Slutes, Esq. (SBN #1212)
**SLUTES, SAKRISON & ROGERS, P.C.**
4801 E. Broadway, Suite 301
Tucson, Arizona 85711
Telephone: (520) 624-6691
Facsimile: (520) 791-9632
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, Irlanda Wright, LAW, a minor, LW, a minor, MG-Z, a minor, and MW, a minor<br><br>Plaintiffs,<br><br>Vs.<br><br>Southern Arizona Children's Advocacy Center, an Arizona corporation, Marie Fordney, Dale Woolridge, MD, Marie Garrick, Natalie Barragan Dojaque, Morgan Rau, The Town Council of the Town of Sahuarita, Arizona, Thomas Johnsston, Melina Carrizosa and Christin Pelayo<br><br>Defendants. | NO. 4:21-CV-00257-JGZ<br><br>**SEPARATE ANSWER OF DEFENDANT DALE WOOLRIDGE, MD TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>(Assigned to Hon. Jennifer G. Zipps) |

Dale Woolridge, MD, answers Plaintiff's Third Amended Complaint as follows:

**PARTIES AND JURISDICTION:**

1. Dr. Woolridge denies the allegations of paragraphs 1 through 6 for lack of information.

2. Dr. Woolridge denies the allegations of paragraph 7 insofar as it pertains to him. He denies the allegations that pertain to other defendants in this action, for lack

of information.  Defendant denies the allegations of paragraph s 8 and 9 for lack of information.

  3. Defendant admits the allegations of paragraph 10 and 11.

  4. Defendant denies the allegations of paragraph 12.

**OPERATIVE FACTS:**

  5. Defendant realleges all answers made to the allegations of paragraphs 1 through 12, as if fully set forth herein.

  6. Defendant denies the allegations of paragraphs 13 through 47 for lack of information.

  7. In answer to paragraph 48, defendant admits that he performed a medical examination on L.A.W.  He denies the remaining allegations of paragraph 48.

  8. In answer to paragraph 49, defendant admits that he did not inform Brian Wright about the medical examination.  He denies the remaining allegations of paragraph 49 for lack of information.

  9. Defendant denies the allegations of paragraph 50.

  10. In answer to paragraph 51, defendant admits that he conducted a medical examination of L.A.W.  He denies the remaining allegations of paragraph 51.

  11. Defendant denies the allegations of paragraph 52.

  12. In answer to paragraph 53, defendant admits that he documented a number of marks that he noted in his examination.  He denies the remaining allegations of paragraph 53.

  13. Defendant admits the allegations of paragraph 54.

  14. Defendant denies the allegations of paragraphs 55 through 138 for lack of information.

/ / /

## FIRST CLAIM:
## CLAIM OF PLAINTIFF L.A.W. AGAINST DEFENDANT JOHNSTON – VIOLATIONS OF THE FOURTH AMENDMENT, STRIP SEARCH AND FORENSIC EXAMINATIONS OF L.A.W.

15. Dr. Woolridge realleges all answers made to the allegations in paragraphs 1-138 as though fully set forth herein.

16. Defendant denies the allegations of paragraph 140 for lack of information.

17. In answer to paragraph 141, Dr. Woolridge denies that the medical examination he performed was a violation of the Fourth Amendment. He denies the remaining allegations of paragraph 141.

18. In answer to paragraph 142, because a claim is not being made against Dr. Woolridge under the "First Claim" he denies the allegations for lack of information.

## SECOND CLAIM:
## CLAIM OF BRIAN ET AL. AGAINST DEFENDANT JOHNSTON FOR VIOLATIONS OF THE FIRST AND FOURTEENTH AMENDMENT

19. Defendant realleges all answers made to the allegations contained in paragraphs 1 through 142 as though fully set forth herein.

20. Defendant denies the allegations of paragraph 144 for lack of information.

21. In answer to paragraph 145, Dr. Woolridge admits that he conducted a medical examination on the minor, pursuant to Arizona Statutes and the Pima County Protocol. He denies the remaining allegations of paragraphs 145 in so far as they pertain to him.

22. In answer to paragraph 146, defendant denies the allegations as they may pertain to him in any manner and further denies that there is any violation of the constitutional provision.

23. In answer to paragraph 147, defendant denies the allegations in so far as they may pertain to him.

**THIRD CLAIM:**
**CLAIM OF LAW AGAINST TOWN COUNCIL**

24. Defendant realleges all answers made to the allegations contained in paragraphs 1-147 as though fully set forth herein.

25. Defendant denies the allegations of paragraph 149 for lack of information.

26. Defendant denies the allegations of paragraph 150 for lack of information.

27. Defendants denies the allegations of paragraphs 151 through 153 in so far as the allegations might pertain to him. He denies any allegations as they may pertain to other defendants in this action, for lack of information.

**FOURTH CLAIM:**
**CLAIM OF PLAINTIFFS AGAINST TOWN COUNCIL**

28. Defendant realleges all answers made to the allegations contained in paragraphs 1-153 as though fully set forth herein.

29. Defendant denies the allegations of paragraph 155 for lack of information.

30. Defendant denies the allegations of paragraph 156 for lack of information.

31. Defendant denies the allegations of paragraph 157 for lack of information and denies the allegations as they may pertain in any manner to this defendant.

32. Defendants denies the allegations of paragraphs 158 through 160 for lack of information and denies if they are intended to pertain in any way to this defendant.

33. Defendant denies the allegations of paragraph 164 for lack of information.

34. Defendant denies the allegations of paragraph 165.

**SIXTH CLAIM:**
**CLAIM OF PLAINTIFFS L.A.W. AND BRIAN WRIGHT AGAINST WOOLRIDGE AND FORDNEY**

35. Defendant realleges his answers made to the allegations made in paragraph 1 through 163 as though fully set forth herein.

36. Defendant denies the allegations of paragraph 167 for lack of information.

37. Defendant denies the allegations of paragraph 168.

38. Defendant denies the allegations of paragraph 169 for lack of information.

39. Defendant denies the allegations of paragraph 170.

## SEVENTH CLAIM:

40. Defendant realleges his answers made to the allegations made in paragraph 1 through 170 as though fully set forth herein.

41. Defendant denies the allegations contained in paragraph 172 for lack of information.

42. Defendant denies the allegations contained in paragraph 173 for lack of information.

43. Defendant denies the allegations contained in paragraph 174.

44. Defendant denies the allegations contained in paragraph 175 and 176.\

## EIGHTH CLAIM:
## CLAIM OF L.A.W. ET AL. AGAINST SACAC

45. Defendant realleges his answers made to the allegations made in paragraph 1 through 176 as though fully set forth herein.

46. Defendant denies the allegations of paragraph 178 for lack of information.

47. Defendant denies the allegations of paragraph 179 for lack of information.

48. Defendant denies the allegations of paragraphs 180-182.

## NINTH CLAIM:
## CLAIM OF PLAINTIFFS AGAINST WOOLRIDGE

49. Defendants realleges all answers to made to the allegations contained in paragraph 1 through 182 as though fully set forth herein.

50. Defendant denies the allegations of paragraph 184.

51. In answer to paragraph 185, Dr. Woolridge acknowledges that he was not provided with a medical history of the minor.

52. Defendant denies the allegations of paragraph 186.

53. In answer to paragraph 187, Dr. Woolridge acknowledged that he did not view a video of the interview with the minor, nor was it necessary or required.

54. Defendant denies the allegations of paraphs 188-189, and specifically denies that he was indifferent to the welfare of the child.

55. In answer to paragraph 190, Dr. Woolridge states that his report speaks for itself and that all allegations not herein expressly admitted are denied.

56. The defendant responds to the allegations of paragraphs 191-194 by asserting that his medical report is the best evidence of his examination and the results he found. He denies each and every allegation contained in those paragraphs that are not expressly admitted.

57. Defendant denies the allegation of paragraph 195.

58. In answer to paragraph 196, defendant asserts that his written report is the best evidence of his examination and his findings. He denies each and every allegation in paragraph 196 not herein expressly admitted.

59. Defendant denies the allegations of paragraph 197.

60. Defendant denies the allegations of paragraph 198.

61. Defendant denies the allegations of paragraph 199.

62. Defendant denies the allegations of paragraphs 202-203.

**FOURTEENTH CLAIM:**

63. Defendant realleges all answers made to the allegations of paragraph 1 through 203 as though fully set forth herein.

64. Defendant denies the allegations of paragraph 205 for lack of information.

65. Defendant denies the allegations of paragraphs 206-207 insofar as they in any way pertain to him. He denies the allegations as they may pertain to other defendants in this action for lack of information.

### SEVENTEENTH CLAIM:
### AGAINST TALAMANTES ET AL.

66. Defendant realleges all answers made to the allegations contained in paragraphs 1 through 207 as though fully set forth herein.

67. Defendant denies the allegations of paragraphs 209-219 for lack of information.

### NINTEENTH CLAIM:
### CLAIM AGAINST TALAMANTES AND FRANCISCO

68. Defendant realleges all answers made to the allegations in paragraph 1 through 219 as though fully set forth herein.

69. Defendant denies the allegations of paragraph 221 for lack of information.

70. Defendant denies the allegations of paragraphs 222-231 for lack of information.

### TWENTY-SECOND CLAIM:
### CLAIM AGAINST SHELDON ENCINAS ET AL.

71. Defendant realleges all answers made to the allegations contained in paragraphs 1-231 as though fully set forth herein.

72. Defendant denies the allegations of paragraph 233 for lack of information.

73. Defendant denies the allegations of paragraphs 234-240.

### AFFIRMATIVE DEFENSES:

1. There is no factual or legal basis for a claim for punitive damages in this case against Dr. Woolridge. The award of punitive damages is constrained by the provisions of the constitutions of the State or Arizona and the United States of America.

2. Any actions taken by Dr. Woolridge are protected by a qualified immunity and by Arizona's "Good Samaritan" Law.

3. Dr. Woolridge is protected from Plaintiff's claims by an absolute immunity and by common law immunity.

4. Dr. Woolridge asserts that any damages allegedly sustained by Plaintiffs were the result of an intervening/superseding cause or causes.

5. Defendants asserts that at all times he was acting in accordance with the standard of care for pediatricians in the state of Arizona and that his conduct was at all times reasonable and lawful.

6. Dr. Woolridge asserts that at all material times he acted in good faith.

7. Dr. Woolridge asserts that one or more of the plaintiffs lacked standing to bring this action.

8. Dr. Woolridge asserts that any claim by the plaintiffs of any criticized conduct was not a proximate cause of injuries to any of the plaintiffs.

9. Dr. Woolridge reserves the right to amend this pleading or subsequent disclosure statements with additional affirmative defenses that may be disclosed during discovery.

WHEREFORE, Dr. Woolridge prays that the plaintiff take nothing by any claim contained in his complaint against him, that all complaints against him be dismissed and that Dr. Woolridge be awarded his taxable costs and attorneys' fees pursuant to 41 U.S.C. 1988.

DATED this 21st day of May, 2024.

SLUTES, SAKRISON & ROGERS, P.C.

By   /s/ Tom Slutes
     Tom Slutes
     Attorneys for Defendant Woolridge

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2024, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF system for filing and the attached document was served by first class mail to the Plaintiff on the same date to the following person who is not a registered participant of the CM/ECF system:

Michael Garth Moore
6336 North Oracle Road, Suite 326
P. O. Box 119
Tucson, AZ 85704
mike@mgmoorelaw.com
    *Attorney for Plaintiffs*

Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
Grasso Law Firm, P.C.
2250 East Germann Road, Ste. 10
Chandler, Arizona 85286
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
    *Attorneys for Southern Arizona Children's Advocacy Center*

Claudia Collings
Julie M. Rhodes
Assistant Attorney General
416 W. Congress, 2nd Floor
Tucson, AZ 85701
Julie.Rhodes@azag.gov
Claudia.Collings@azag.gov
    *Attorneys for Defendants Orozco, Francisco, Noriega, Encinas, Talamantes, & Sheldon*