Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Brian Wright, et al., | Case No.: 4:21-cv-00257-JGZ |
|---|---|
| Plaintiffs, | |
| vs. | **VERIFIED MOTION OF PLAINTIFFS REGARDING DISCLOSURE OF NAMES OF MINORS** |
| Southern Arizona Children's Advocacy Center, | |
| Defendants. | |

During discovery in the case, this Court issued a Protective Order, Doc. 98, under which documents were disclosed by the Arizona Department of Child Safety; the Superior Court of Arizona, Juvenile Division; and a number of agencies. This Court ordered that minors' information be redacted from documents pursuant to Fed.R.Civ.Proc. 5.2.

Plaintiffs now propose to the Court that henceforth, including at trial, in the event there is a trial, the minors' names [the four children] be used in all proceedings. Plaintiffs Brian and Irlanda Wright waive the right to privacy of the identities of their children under Rule 5.2(h), under which a parent has the right to waive on behalf of a minor child.

*Khabbaz v. Costco Wholesale Corp.* 2017 U.S. Dist. LEXIS 37229 (E.D.N.Y. March 15, 2017).

When this question was presented to the Court during oral argument on May 23, 2024, only DCS Defendants' counsel expressed objection, asserting concerns about state statutory imposition of confidentiality on Department documents and juvenile court records.

The order sought does not implicate the DCS Defendants' objection, as Plaintiffs do not, at present, move for this Court's order sealing documents submitted in support of dispositive motions be lifted.

These actions by the Court will make the further resolution of this case more efficient and just. Continuing the require redaction of names is not only burdensome, but using "the child" and initials tends to dehumanize the children and sanitize the harm done.

Brian and Irlanda Wrights' signatures below verify there waiver of the confidentiality.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

/s/ Brian Wright

/s/ Irlanda Wright

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on May 25, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

/s/ Michael Garth Moore