Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br><br>Southern Arizona Children's Advocacy Center,<br><br>　　　　　Defendants. | Case No.: 4:21-cv-00257-JGZ<br><br>**MOTION OF PLAINTIFF FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM ADDRESSING DEFENDANT WOOLRIDGE'S QUALIFIED IMMUNITY ARGUMENT FIRST RAISED AT ORAL ARGUMENT ON MAY 23, 2024** |

　　　　Now comes Plaintiff Brian Wright, and submits the attached proposed Supplemental Memorandum of Plaintiff Regarding Defendant Woolridge's Argument on Qualified Immunity Raised on May 23, 2024. Plaintiff seeks leave to file this document in light of the surprise argument by counsel for Defendant, and the Court's allowance of Defendant making the argument despite having never moved the Court to address the affirmative defense.

Plaintiff was left at a disadvantage, and though the undersigned responded to the argument, on reflection, there are issues which must be considered relative to the current Motion that the undersigned did not have the leisure to recognize when this surprising argument was made.

Plaintiffs submit that, in order to fully consider the impact of this new argument on decision on Plaintiffs' Motion, Doc. 284, this Court grant leave for the proposed memorandum be granted.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on May 25, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

/s/ Michael Garth Moore