# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Having considered the Plaintiffs' Motion for Leave to File Supplemental Memorandum Addressing Dale Woolridge's Qualified Immunity Argument (Doc. 392) and good cause appearing, the Motion will be granted. Presumably, the Motion seeks to file the Proposed Supplemental Memorandum lodged on May 25, 2024 at Doc. 393. Accordingly,

**IT IS ORDERED:**

1. The Plaintiffs' Motion (Doc. 392) is **granted**.

2. The Clerk of Court shall file the lodged Proposed Supplemental Memorandum (Doc. 393).

3. Defendant Dale Woolridge shall file a response to the Supplemental Memorandum by **June 12, 2024**.

Dated this 29th day of May, 2024.

Jennifer G. Zipps
United States District Judge