KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Wright, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Southern Arizona Children's Advocacy Center, et al., <br><br> Defendants. | No. CV-21-00257-TUC-JGZ <br><br> **DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants Francisco and Talamantes ("Defendants") request permission to exceed the 11-page limitation set by Local Rule 7.2(e)(2) for their Reply in Support of Cross-Motion for Summary Judgment on Judicial Deception Claims by two pages. Their proposed Reply is 13 pages.

Defendants request the additional pages to adequately address Plaintiffs' Memorandum in Opposition to Motion for Summary Judgment (Doc. 400) and the Objections to Defendants' Statement of Facts (Doc. 401). For the first time, Plaintiffs

argue that the Sahuarita Police Department closed their investigation on December 24, 2020 and not on December 16, 2020, as previously argued. Defendants need to challenge this factual assertion by incorporating the deposition testimony by Detective Johnston and are seeking leave of Court to file a Supplemental Statement of Fact addressing this one issue. In addition to addressing factual issues, Defendants also addressed legal arguments and articulated authority allowing this Court to utilize the underlying state-court proceedings and rulings when determining the materiality of the facts contained in the Application and Petition. Defendants attempted in good faith to reduce the size of their Reply, but these additional two pages are necessary to fully and adequately address the legal and factual issues raised in the Response and to present legal authority.

Based on the foregoing, the Defendants respectfully request that they be permitted to exceed the page limitations of Local Rule 7.2(e)(2).

RESPECTFULLY SUBMITTED this  20th  day of June, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

/s/Julie M. Rhodes
CLAUDIA ACOSTA COLLINGS
JULIE M. RHODES
Assistant Attorneys General
Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
mike@mgmoorelaw.com
*Attorney for Plaintiffs*

Tom Slutes
Slutes, Sakrison & Rogers, P.C.
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
Grasso Law Firm, P.C.
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
*Attorneys for Defendants Southern Arizona Children's Advocacy Center*

s/slf
12101988