**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | |
| v. | **ORDER** |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

The Court having considered DCS Defendants' Motion to Exceed Page Limitation ("Motion"), and good cause appearing,

**IT IS HEREBY ORDERED** that DCS Defendants' Motion is granted.

**IT IS FURTHER ORDERED** that DCS Defendants' Reply in Support of Cross-Motion for Summary Judgment on Judicial Deception Claims is accepted as filed.