# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Southern Arizona Children's Advocacy Center, et al.,<br><br>　　　　Defendants. | No. CV-21-00257-TUC-JGZ<br><br>**ORDER** |

Having considered Defendants Francisco and Talamantes' Motion to Exceed Page Limitation for Reply in Support of Motion for Summary Judgment (Doc. 403) and Motion for Leave to File a Supplemental Statement of Facts (Doc. 405), and good cause appearing,

**IT IS ORDERED:**

(1) The Defendants' Motion to Exceed Page Limitation for Reply in Support of Motion for Summary Judgment (Doc. 403) is **granted**.

(2) The Clerk of Court shall file the lodged Proposed Reply in Support of Cross-Motion for Summary Judgment on Judicial Deception Claims (Doc. 404).

(3) The Defendants' Motion for Leave to File a Supplemental Statement of Facts (Doc. 405) is **granted**.

(4) The Clerk of Court shall file the lodged Defendants' Supplemental Statement of Facts (Doc. 406).

Dated this 20th day of June, 2024.

Jennifer G. Zipps
United States District Judge