**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Verified Motion Regarding Disclosure of Names of Minors. (Docs. 391.) The motion is opposed by the DCS Defendants.[1] (Doc. 396.) The Plaintiffs request that the full names of the four minor children of Plaintiff Brian Wright and Irlanda Wright, including L.A.W., be used in all proceedings. (Doc. 391 at 1.) For the reasons below, the Court will grant the motion in part and deny the motion in part.

**1.    Background**

On January 13, 2023, the Court issued a Protective Order which requires all parties to replace the name of the minor Plaintiff with initials L.A.W. in any public filings, documents, exhibits, or excerpts pursuant to Federal Rule of Civil Procedure 5.2(a). (Doc. 98 at 2.) During oral argument on May 23, 2024, Plaintiffs moved to refer to the minor Plaintiff by his full name at that hearing, the DCS Defendants did not object, and the Court granted that motion. (Doc. 390.) The Plaintiffs now request that the Court allow the parties to refer to L.A.W. and Brian and Irlanda Wright's three other minor children by their full

---

[1] The DCS Defendants are Talamantes, Francisco, Encinas, Sheldon, Noriega, and Orozco, all of whom are represented by Ms. Collings and Ms. Rhodes.

names in all filings and proceedings. (Doc. 391.)

**2.     Discussion**

The Protective Order issued by this Court states: "The full name of minor L.A.W. need not be redacted in disclosures but his full name will be redacted and replaced with the initials L.A.W. in any public filings, documents, exhibits, or excerpts." (Doc. 98 at 2.) The Plaintiffs argue that requiring L.A.W.'s full name to be redacted is burdensome, and that referring to him as "the child" is dehumanizing. (Doc. 391 at 2.)  Brian and Irlanda Wright, the parents of L.A.W., and three other minor children, have explicitly waived "the right to privacy of the identities of their children" under Rule 5.2(h) of the Federal Rules of Civil Procedure. (*Id*. at 1.) Rule 5.2(h) states: "A person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal." Fed. R. Civ. P. 5.2(h). The Plaintiffs contend that the language of Rule 5.2 allows a court to order that such names be disclosed on the public record. (Doc. 397 at 2.) In support of their argument, the Plaintiffs cite *Khabbaz v. Costco Wholesale Corporation*, 2017 WL 10186279 (E.D.N.Y. 2017), in which the court refers to the minor plaintiff by his full name because his guardians waived the protection of Rule 5.2(a) by referring to the minor plaintiff in previous filings. *Id*. at n.1. There is no further discussion of the waiver in that case, nor any mention of a protective order. *See id.* As such, the case is not particularly helpful.

Nevertheless, the Court will grant the Plaintiffs' Motion to the extent that the Plaintiffs may use the full names of L.A.W. and his three siblings in filings specifically created by the Plaintiffs' counsel in furtherance of this case and during future hearings in open court up to and including at trial. This Order shall not be construed to include any existing materials or records that are governed by the Protective Order or otherwise protected by Arizona Law, including exhibits or other attachments that may be included with unredacted filings.

Accordingly,

**IT IS ORDERED:**

(1) The Plaintiffs' Motion (Doc. 391) is **granted in part** to the extent that the Plaintiffs may include the unredacted names of L.A.W. and the three other children of Brian and Irlanda Wright in future filings created by Plaintiffs' counsel and in open court.

(2) The Plaintiffs' Motion (Doc. 391) is **denied in part** for all other purposes and materials not explicitly granted in this order.

Dated this 25th day of June, 2024.

Jennifer G. Zipps
United States District Judge