IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Southern Arizona Children's Advocacy Center, et al.,<br><br>        Defendants. | No. CV-21-00257-TUC-JGZ<br><br>**ORDER** |

Due to a conflict in the Court's calendar,

**IT IS ORDERED** that the in-person oral argument scheduled for July 16, 2024 at 2:00 p.m. is **vacated** and **reset for Tuesday, July 30, 2024, at 3:00 p.m.** before the Honorable Jennifer G. Zipps in Courtroom 5D, Evo A. DeConcini U.S. Courthouse, 405 W. Congress St., Tucson, AZ 85701. One hour will be allocated to each party for arguments on DCS Defendants' Motion for Summary Judgment (Doc. 329), Plaintiffs' Motion for Partial Summary Judgment on the Seventeenth and Nineteenth Claims (Doc. 364), DCS Defendants' Cross-Motion for Summary Judgment Regarding Judicial Deception Claims (Doc. 375), and DCS Defendants' Motion for Summary Judgment on Twenty-Second Claim RE: Retaliation (Doc. 379).

Dated this 15th day of July, 2024.

*Jennifer Zipps*
Jennifer G. Zipps
United States District Judge