**GRASSO**
— LAW FIRM —

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
Pamela L. Judd, Bar No. 022109
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
minuteentries@grassolawfirm.com

Attorneys for Defendant Southern Arizona
Children's Advocacy Center

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright; Irlanda Wright; L.A.W., a minor, by his Father and Next Friend Brian Wright; MG-Z, a minor, by his Mother and Personal Representative, Irlanda Wright;<br><br>Plaintiffs,<br><br>vs.<br><br>Southern Arizona Children's Advocacy Center, an Arizona corporation; Marie Fordney; Dale Woolridge, M.D.; Thomas Johnston; Melina Carrizosa; Christine Pelayo; Gerardo Talamantes; Meghean Francisco; Joana Encinas; Jeanette L. Sheldon; Betina Noriega; and Michelle Orozco,<br><br>Defendants. | Case No. 4:21-cv-00257-JGZ<br><br>**DEFENDANT SOUTHERN ARIZONA CHILDREN'S ADVOCACY CENTER'S REQUEST TO APPEAR TELEPHONICALLY OR VIRTUALLY AT HEARING ON ALL PENDING MOTIONS FOR SUMMARY JUDGMENT** |

Defendant Southern Arizona Children's Advocacy Center, (SACAC or Defendant), by and through undersigned counsel, respectfully requests that its counsel be

1

permitted to appear telephonically or by virtual (video) means at the hearing on the pending Motions for Summary Judgment filed by Defendant DCS and Plaintiffs set for July 30, 2024 at 3:00 p.m. (Doc. 412). Defendant SACAC's counsel is located in the Phoenix metropolitan area and the Motions that are the subject of the July 30, 2024 hearing involve Defendant DCS and the Plaintiff only, and not Defendant SACAC. Consequently, in the interests of judicial economy, Defendant SACAC respectfully requests that its counsel be permitted to appear for the hearing telephonically or by virtual (video) means.

A proposed form of Order is lodged herewith.

RESPECTFULLY SUBMITTED this 15th day of July, 2024.

**GRASSO LAW FIRM, P.C.**

By:  /s/ *Pamela L. Judd*
Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
  Attorneys for Defendant Southern
  Arizona Children's Advocacy Center

**CERTIFICATE OF SERVICE**

  I certify that on the 15th day of July, 2024, I electronically filed the foregoing via the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
mike@mgmoorelaw.com
Attorney for Plaintiffs

Claudia Acosta Collings
Assistant Attorney General
Claudia.Collings@azag.gov
Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

Julie M. Rhodes
Assistant Attorney General
Julie.Rhodes@azag.gov
Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

Tom Slutes
**SLUTES, SAKRISON & ROGERS, P.C.**
Tslutes@sluteslaw.com
Attorneys for Defendant Dale Woolridge, MD


By:/s/ Donna Ross – dross@GrassoLawFirm.com