# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Having considered Defendant Southern Arizona Children's Advocacy Center's (SACAC) Request to Appear Telephonically or Virtually at Hearing on All Pending Motions for Summary Judgment (Doc. 413), and good cause appearing,

**IT IS ORDERED** that the Defendant's Motion (Doc. 413) is **granted**. The counsel for SACAC may appear telephonically for the hearing set for July 30, 2024 at 3:00 pm. Counsel shall contact chambers prior to the hearing for the call-in information. Because the hearing does not involve SACAC, there is no requirement that SACAC appear at or participate in the hearing.

Dated this 16th day of July, 2024.

Jennifer G. Zipps
United States District Judge