Tom Slutes, Esq. (SBN #1212)
**SLUTES, SAKRISON & ROGERS, P.C.**
4801 E. Broadway, Suite 301
Tucson, Arizona 85711
Telephone: (520) 624-6691
Facsimile: (520) 791-9632
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, Irlanda Wright, LAW, a minor, LW, a minor, MG-Z, a minor, and MW, a minor<br><br>Plaintiffs,<br><br>Vs.<br><br>Southern Arizona Children's Advocacy Center, an Arizona corporation, Marie Fordney, Dale Woolridge, MD, Marie Garrick, Natalie Barragan Dojaque, Morgan Rau, The Town Council of the Town of Sahuarita, Arizona, Thomas Johnsston, Melina Carrizosa and Christin Pelayo<br><br>Defendants. | NO. 4:21-CV-00257-JGZ<br><br>**DEFENDANT WOOLRIDGE'S REQUEST TO APPEAR TELEPHONICALLY OR VIRTUALLY AT HEARING ON ALL PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Assigned to Hon. Jennifer G. Zipps)** |

Defendant Dale Woolridge, MD, by and through undersigned counsel, respectfully request that its counsel be permitted to appear telephonically or by virtual (video) means at the hearing on the pending Motions for Summary Judgment filed by Defendant DCS and Plaintiffs set for July 30, 2024, at 3:00 p.m. (Doc 412). The hearing involves Defendant DCS and the Plaintiff only, and not Defendant Woolridge. Defendant Woolridge respectfully requests that its counsel be permitted to appear for the hearing telephonically or by virtual (video) means.

A proposed form of Order is lodged herewith.

DATED this 19th day of July, 2024.

          SLUTES, SAKRISON & ROGERS, P.C.

By   /s/ Tom Slutes
      Tom Slutes
      Attorneys for Defendants Woolridge

Copy of the foregoing e-mailed this 19th day of July, 2024 to:

Michael Garth Moore
6336 North Oracle Road, Suite 326
P. O. Box 119
Tucson, AZ 85704
mike@mgmoorelaw.com
    *Attorney for Plaintiffs*

Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
Grasso Law Firm, P.C.
2250 East Germann Road, Ste. 10
Chandler, Arizona 85286
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
    *Attorneys for Southern Arizona Children's Advocacy Center*

Claudia Collings
Julie M. Rhodes
Assistant Attorney General
416 W. Congress, 2nd Floor
Tucson, AZ 85701
Julie.Rhodes@azag.gov
Claudia.Collings@azag.gov
    *Attorneys for Defendants Orozco, Francisco, Noriega, Encinas, Talamantes, & Sheldon*