# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

     **IT IS ORDERED** any Party who wishes to use demonstrative exhibits during in-person oral arguments scheduled for Tuesday, July 30, 2024 at 3:00 p.m. must provide the Court and Opposing Council with such evidence no later than twenty-four (24) hours prior to the hearing.

     Dated this 26th day of July, 2024.

*[signature]*
Jennifer G. Zipps
United States District Judge