Michael Garth Moore (023742)
 6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | Case No.: 4:21-cv-00257-JGZ |
| Plaintiffs, | |
| vs. | **NOTICE OF PLAINTIFFS OF REFERENCES TO THE RECORD AT ORAL ARGUMENT** |
| Southern Arizona Children's Advocacy Center, | |
| Defendants. | |

At oral argument on July 30, 2024, this Court asked the undersigned to identify in the Plaintiff's Statement of Facts those particular misrepresentations and omissions which are being contested. In the heat of the moment, the undersigned, through oversight, failed to identify a paragraph in the Plaintiff's Controverting Statement of Facts, Doc. 346, which bears, in addition to those identified in Paragraph 39, on the Nineteenth Claim, judicial deception in securing the filing of the Dependency Petition and issuance of the Temporary Orders. That is Paragraph 35, which specifies the

1

misrepresentations contained in Section VI of the Petition, allegations to which Talamantes put his verification.

Further, the undersigned failed to bring to the attention of the Court the facts set out in Plaintiffs' Supplemental Statement of Facts, Doc. 366, which also bear on the misrepresentations and omissions in both the Seventeenth and Nineteenth Claims.

It also should be noted that Defendants responded, in their Controverting Statement of Facts. Doc. 376, to both the facts set out in the Plaintiffs' Controverting Statement of Facts, Doc. 346, and the Supplemental Statement of Facts, Doc. 366. Plaintiffs' responded to the facts asserted by Defendants in Doc. 401.

The Defendants in Doc. 376, did not dispute numerous facts put forth by Plaintiffs, and in disputing what they did dispute, did so in a manner consistent with way in which Plaintiffs had referred to the record.

The undersigned apologizes to this Court for being unprepared to address these specific points.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on July 31 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

/s/ Michael Garth Moore