Tom Slutes, Esq. (SBN #1212)
**SLUTES, SAKRISON & ROGERS, P.C.**
4801 E. Broadway, Suite 301
Tucson, Arizona 85711
Telephone: (520) 624-6691
Facsimile: (520) 791-9632
Tslutes@sluteslaw.com
*Attorneys for Defendant Dale Woolridge, MD*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, Irlanda Wright, LAW, a minor, LW, a minor, MG-Z, a minor, and MW, a minor<br><br>Plaintiffs,<br><br>Vs.<br><br>Southern Arizona Children's Advocacy Center, an Arizona corporation, Marie Fordney, Dale Woolridge, MD, Marie Garrick, Natalie Barragan Dojaque, Morgan Rau, The Town Council of the Town of Sahuarita, Arizona, Thomas Johnsston, Melina Carrizosa and Christin Pelayo<br><br>Defendants. | NO. 4:21-CV-00257-JGZ<br><br><br><br>**DEFENDANT DALE WOOLRIDGE, MD'S STATEMENT OF TAXABLE COSTS**<br><br><br>**(Assigned to Hon. Jennifer G. Zipps)** |

Defendant Woolridge, by and through undersigned counsel and pursuant to Rule 54(f), Fed.R.Civ.P, and 28 USCA §§1920, hereby files this Verified Statement of Costs.

The undersigned, being first duly sworn, upon her oath, deposes and says:

Affiant is the attorney for the successful party in that Judgment has been rendered in favor of said party in the above-entitled case, and affiant is acquainted with the facts hereinafter set forth.

The costs set forth below (*See* Ex. A attached hereto) were expended or incurred by the successful party, and by virtue of the provisions of 28 USCA §§1920, are chargeable as legal costs and are so claimed by the successful party.

During the representation of this litigation, Defendant Woolridge has incurred and expended the following costs:

1. Deposition Transcript Fees: $6,517.35
2. Filing Fees: $262.96

TOTAL: $6,780.31

DATED this 3rd day of October, 2024.

                                    SLUTES, SAKRISON & ROGERS, P.C.

                                By    /s/ Tom Slutes
                                         Tom Slutes
                                           Attorneys for Defendants Woolridge

Copy of the foregoing e-mailed this 3rd day of October, 2024 to:

Michael Garth Moore
6336 North Oracle Road, Suite 326
P. O. Box 119
Tucson, AZ 85704
mike@mgmoorelaw.com
       *Attorney for Plaintiffs*

Robert Grasso, Jr.
Pari K. Scroggin
Pamela L. Judd
Grasso Law Firm, P.C.
3075 E. Ray Road, Ste. 110
Chandler, Arizona 85226
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
pjudd@grassolawfirm.com
       *Attorneys for Southern Arizona Children's Advocacy Center*

1  Claudia Collings
2  Julie M. Rhodes
   Assistant Attorney General
3  416 W. Congress, 2nd Floor
   Tucson, AZ 85701
4  Julie.Rhodes@azag.gov
   Claudia.Collings@azag.gov
5       *Attorneys for Defendants Orozco, Francisco, Noriega,*
6       *Encinas, Talamantes, & Sheldon*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

I. Deposition Transcript Costs

    a. Marie Fordney: $314.00

    b. Dale Woolridge: $701.25

    c. Thomas Johnston: $778.75

    d. Melina Carrizosa: $493.50

    e. Paul Isaacson: $327.50

    f. Gerardo Talamantes Vol. 2: $503.50

    g. Morgan Rau: $209.25

    h. Irlanda Wright: $568.50

    i. Brian Wright: $1,360.50

    j. Lisa Pugliano: $518.60

    k. Michelle Romero: $742.00

II. Filing Fees

    a. Appearance Fee: $262.96

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 411190 | 6/25/2023 | 71215 |
| Job Date | Case No. | |
| 6/2/2023 | 4:21-cv-00257-JGZ | |

| Case Name |
|---|
| Wright v. Southern Arizona Children's Advocacy Center |

| Payment Terms |
|---|
| Due upon receipt |

Kathleen M. Rogers
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Marie Fordney | 54.00 | Pages | @ | 3.25 | 175.50 |
| Exhibit | 229.00 | Pages | @ | 0.50 | 114.50 |
| Binding | 1.00 | | @ | 12.00 | 12.00 |
| Postage & Handling Hard Copy | 1.00 | Each | @ | 12.00 | 12.00 |

**TOTAL DUE >>>   $314.00**

This invoice complies with ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

Credit Card payments accepted online. Please visit www.ArizonaDepos.com to pay by Visa, MasterCard, Discover, or American Express.

We appreciate your business.  Thank you!

**Tax ID:** 45-3282727                                                                           Phone: 520-624-6691    Fax: 791-9632

*Please detach bottom portion and return with payment.*

Kathleen M. Rogers
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

Job No.      : 71215              BU ID      : 1-MAIN
Case No.     : 4:21-cv-00257-JGZ
Case Name    : Wright v. Southern Arizona Children's Advocacy Center

Invoice No.  : 411190             Invoice Date : 6/25/2023
Total Due    : $314.00

Remit To:   **Colville & Dippel, LLC**
            **1309 E. Broadway Boulevard**
            **Tucson, AZ  85719-5824**

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:                     Phone#: | |
| Billing Address: | |
| Zip:                 Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

5213-22

# INVOICE

**Colville & Dippel, LLC**
1309 E. Broadway Blvd., Tucson, AZ 85719
(520) 884-9811    AZ TR No. 1139

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 411277 | 7/12/2023 | 71215 |
| Job Date | Case No. | |
| 6/2/2023 | 4:21-cv-00257-JGZ | |

| Case Name |
|---|
| Wright v. Southern Arizona Children's Advocacy Center |

| Payment Terms |
|---|
| Due upon receipt |

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ 85711

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Dale Woolridge, M.D. | 169.00 Pages | @ | 3.25 | 549.25 |
| Exhibit | 256.00 Pages | @ | 0.50 | 128.00 |
| Binding | 1.00 | @ | 12.00 | 12.00 |
| Postage & Handling Hard Copy | 1.00 Each | @ | 12.00 | 12.00 |
| | **TOTAL DUE >>>** | | | **$701.25** |

This invoice complies with ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

Credit Card payments accepted online. Please visit www.ArizonaDepos.com to pay by Visa, MasterCard, Discover, or American Express.

We appreciate your business.  Thank you!

**Tax ID:** 45-3282727                              Phone: 520-624-6691    Fax: 791-9632

*Please detach bottom portion and return with payment.*

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ 85711

| | | | | |
|---|---|---|---|---|
| Job No. | : 71215 | BU ID | : 1-MAIN | |
| Case No. | : 4:21-cv-00257-JGZ | | | |
| Case Name | : Wright v. Southern Arizona Children's Advocacy Center | | | |
| Invoice No. | : 411277 | Invoice Date | : 7/12/2023 | |
| **Total Due** | **: $701.25** | | | |

Remit To:   **Colville & Dippel, LLC**
            **1309 E. Broadway Boulevard**
            **Tucson, AZ 85719-5824**

| **PAYMENT WITH CREDIT CARD** | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



1309 E. Broadway Blvd., Tucson, AZ 85719
(520) 884-9041    AZ ER No. C129

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 411246 | 7/12/2023 | 71377 |
| **Job Date** | **Case No.** | |
| 6/19/2023 | 4:21-cv-00257-JGZ | |
| **Case Name** | | |
| Wright v. Southern Arizona Children's Advocacy Center | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kathleen M. Rogers
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ 85711

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Thomas Johnston | 197.00 Pages | @ | 3.25 | 640.25 |
| Exhibit | 229.00 Pages | @ | 0.50 | 114.50 |
| Binding | 1.00 | @ | 12.00 | 12.00 |
| Postage & Handling Hard Copy | 1.00 Each | @ | 12.00 | 12.00 |
| | **TOTAL DUE >>>** | | | **$778.75** |

This invoice complies with ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

Credit Card payments accepted online. Please visit www.ArizonaDepos.com to pay by Visa, MasterCard, Discover, or American Express.

We appreciate your business.  Thank you!

**Tax ID:** 45-3282727

Phone: 520-624-6691   Fax:791-9632

*Please detach bottom portion and return with payment.*

Kathleen M. Rogers
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ 85711

| | | | |
|---|---|---|---|
| Job No. | : 71377 | BU ID | : 1-MAIN |
| Case No. | : 4:21-cv-00257-JGZ | | |
| Case Name | : Wright v. Southern Arizona Children's Advocacy Center | | |
| Invoice No. | : 411246 | Invoice Date | : 7/12/2023 |
| **Total Due** | **: $778.75** | | |

Remit To:  **Colville & Dippel, LLC**
**1309 E. Broadway Boulevard**
**Tucson, AZ 85719-5824**

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



1309 E. Broadway Blvd., Tucson, AZ 85719
(520) 884-9041    AZ CR No. 0129

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 411313 | 7/20/2023 | 71327 |

| Job Date | Case No. |
|---|---|
| 6/13/2023 | 4:21-cv-00257-JGZ |

| Case Name |
|---|
| Wright v. Southern Arizona Children's Advocacy Center |

| Payment Terms |
|---|
| Due upon receipt |

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Melina Carrizosa. | 102.00 | Pages | @ | 3.25 | 331.50 |
| Exhibit | 246.00 | Pages | @ | 0.50 | 123.00 |
| Flash Drive - for video file(s) marked as an Exhibit | 1.00 | Each | @ | 15.00 | 15.00 |
| Binding | 1.00 | | @ | 12.00 | 12.00 |
| Postage & Handling Hard Copy | 1.00 | Each | @ | 12.00 | 12.00 |

**TOTAL DUE  >>>**                                                      **$493.50**

This invoice complies with ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

Credit Card payments accepted online. Please visit www.ArizonaDepos.com to pay by Visa, MasterCard, Discover, or American Express.

We appreciate your business.  Thank you!

**Tax ID:** 45-3282727                                          Phone: 520-624-6691    Fax: 791-9632

*Please detach bottom portion and return with payment.*

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

| | | |
|---|---|---|
| Job No. | : 71327 | BU ID    : 1-MAIN |
| Case No. | : 4:21-cv-00257-JGZ | |
| Case Name | : Wright v. Southern Arizona Children's Advocacy Center | |
| Invoice No. | : 411313 | Invoice Date   : 7/20/2023 |
| **Total Due** | : **$493.50** | |

Remit To:   **Colville & Dippel, LLC**
            **1309 E. Broadway Boulevard**
            **Tucson, AZ  85719-5824**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

## White & Associates
Court Reporting
932 South Stapley Drive
Mesa, Arizona 85204
(480) 464-1035 Phone   (480) 464-1051 Fax
Tax ID: 86-0487056

---

July 20, 2023

Mr. Tom Slutes
Slutes, Sakrison & Rogers, PC
4801 North Broadway Boulevard
Suite 301
Tucson, AZ 85711

**Invoice Number**
**LB23 23949**

**Re:** Deposition of Paul Isaacson, M.D.

| Description of Services | Pgs/Qty | Rate | Extension |
|---|---|---|---|
| Copy | 73.00 | 3.50 | 255.50 |
| Exhibits | 20.00 | 0.35 | 7.00 |
| PDF Bundle | 1.00 | 45.00 | 45.00 |
| Handling | 1.00 | 20.00 | 20.00 |
| | | **Invoice total:** | **$327.50** |

Date Taken: June 27, 2023
The Estate of Baby Villegas, Deceased, et al. vs. Jackrabbit Family Medicine, Inc., et al.
CV202200007

LB23-056

I CERTIFY that this invoice complies with the ethical obligations set forth in Arizona Code of Judicial Administration 7-206(J)(1)(g)(3) through (6).

*[signature]*

White and Associates
Registered Reporting Firm

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 411460 | 9/6/2023 | 71684 |
| Job Date | Case No. | |
| 8/21/2023 | 4:21-cv-00257-JGZ | |
| Case Name | | |
| Wright v. Southern Arizona Children's Advocacy Center | | |
| Payment Terms | | |
| Due upon receipt | | |

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Gerardo Talamantes, Vol. 2 | 146.00 Pages | @ | 3.25 | 474.50 |
| Exhibit | 10.00 Pages | @ | 0.50 | 5.00 |
| Binding | 1.00 | @ | 12.00 | 12.00 |
| Postage & Handling Hard Copy | 1.00 Each | @ | 12.00 | 12.00 |
| | **TOTAL DUE >>>** | | | **$503.50** |

This invoice complies with ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

Credit Card payments accepted online.Please visit www.ArizonaDepos.com to pay by Visa, MasterCard, Discover, or American Express.

We appreciate your business.  Thank you!

**Tax ID:** 45-3282727

Phone: 520-624-6691   Fax:791-9632

*Please detach bottom portion and return with payment.*

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

Job No.      : 71684           BU ID     : 1-MAIN
Case No.     : 4:21-cv-00257-JGZ
Case Name    : Wright v. Southern Arizona Children's Advocacy Center

Invoice No.  : 411460          Invoice Date  : 9/6/2023
**Total Due** : **$503.50**

Remit To:   **Colville & Dippel, LLC**
            **1309 E. Broadway Boulevard**
            **Tucson, AZ  85719-5824**

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:              Phone#: |
| Billing Address: |
| Zip:             Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# STATEMENT

1 of 1

**Glennie**
Reporting Services

1555 E. Orangewood Ave.
Phoenix, Arizona 85020-5130
Phone: 602.266.6535   Fax: 602.266.9661

| Account No. | Date |
|---|---|
| C8465 | 12/5/2023 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $518.60 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$518.60** |

Tom Slutes, Esq.
SLUTES, SAKRISON & ROGERS, PC
4801 East Broadway Boulevard
Suite 301
Tucson, AZ 85711

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 10/5/2023 | 32550 | 518.60 | 26271 | 9/22/2023 | Lisa Pugliano | Wright v. Southern Arizona Children's Advocacy Center |

**Tax ID:** 86-0816978

*Please detach bottom portion and return with payment.*

Tom Slutes, Esq.
SLUTES, SAKRISON & ROGERS, PC
4801 East Broadway Boulevard
Suite 301
Tucson, AZ 85711

Account No. : C8465
Date           : 12/5/2023

**Total Due** : **$518.60**

Remit To: **Glennie Reporting Services, LLC**
**1555 East Orangewood Avenue**
**Phoenix, AZ 85020**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 411581 | 10/3/2023 | 71612 |
| Job Date | Case No. | |
| 9/19/2023 | 4:21-cv-00257-JGZ | |

| Case Name |
|---|
| Wright v. Southern Arizona Children's Advocacy Center |

| Payment Terms |
|---|
| Due upon receipt |

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Morgan Rau | 57.00 Pages | @ | 3.25 | 185.25 |
| Binding | 1.00 | @ | 12.00 | 12.00 |
| Postage & Handling Hard Copy | 1.00 Each | @ | 12.00 | 12.00 |
| | **TOTAL DUE  >>>** | | | **$209.25** |

This invoice complies with ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

Credit Card payments accepted online.Please visit www.ArizonaDepos.com to pay by Visa, MasterCard, Discover, or American Express.

We appreciate your business.  Thank you!

Tax ID: 45-3282727                                                                                                Phone: 520-624-6691    Fax:791-9632

*Please detach bottom portion and return with payment.*

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

Job No.       : 71612           BU ID        : 1-MAIN
Case No.      : 4:21-cv-00257-JGZ
Case Name     : Wright v. Southern Arizona Children's Advocacy Center

Invoice No.   : 411581          Invoice Date  : 10/3/2023
**Total Due**     : **$209.25**

Remit To:   **Colville & Dippel, LLC**
            **1309 E. Broadway Boulevard**
            **Tucson, AZ  85719-5824**

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                      Phone#: |
| Billing Address: |
| Zip:                Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Slutes, Sakrison & Rogers, PC
Tom Slutes, Esq.
4801 East Broadway Boulevard
Suite 301
Tucson, AZ 85711

## Invoice #100996

| Date | Terms |
|---|---|
| 10/25/2023 | Net 30 |

**Job #91127 on 10/11/2023 at 10:00 AM AZ**

**Case:** Brian Wright, et al. v. Southern Arizona Children's Advocacy Center, et al.
**Location:** 4801 E. Broadway Blvd. - Ste. 301
Tucson, AZ 85711

**Shipped On:** 10/24/2023
**Shipped Via:** Email Only
**Delivery Type:** Normal
**Services:** Court Reporter; Interpreter (Full Day - 6 hours); Lap Top Rental; Remote- Full Service w/ Tech

| Description | Price | Amount |
|---|---:|---:|
| **Copy Transcript of Irlanda Wright** | | |
| Certified Copy - Electronic (85 Pages) | $ 3.85 | $ 327.25 |
| Exhibit(s) Electronic (25 Pages) | $ 0.65 | $ 16.25 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Remote Surcharge (75pg Minimum) (75 Pages) | $ 0.60 | $ 45.00 |
| Interpreter Surcharge (75 Pages) | $ 0.60 | $ 45.00 |
| | | $ 568.50 |
| | Amount Due: | $ 568.50 |
| | Paid: | $ 0.00 |

*First Legal Depositions complies with the ethical obligations set forth in ACJA § 7-206.*

| Balance Due: | $ 568.50 |
|---|---:|
| Payment Due: | 11/24/2023 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997  or  email us at depoclientcare@firstlegal.com

Remit Payment To:   First Legal Deposition Services LLC
                    P.O. Box 841441
                    Dallas, TX  75284-1441

Tax ID: 46-3364757         First Legal Depositions        Phone: 855-348-4997

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Slutes, Sakrison & Rogers, PC
Tom Slutes, Esq.
4801 East Broadway Boulevard
Suite 301
Tucson, AZ 85711

## Invoice #101003

| Date | Terms |
|---|---|
| 10/25/2023 | Net 30 |

**Job #91130 on 10/10/2023 at 9:00 AM AZ**

**Case:** Brian Wright, et al. v. Southern Arizona Children's Advocacy Center, et al.
**Location:** 4801 E. Broadway Blvd
Ste 301
Tucson, AZ 85711

**Shipped On:** 10/24/2023
**Shipped Via:** Email Only
**Delivery Type:** Normal
**Services:** Court Reporter; Remote- Link Only

| Description | Price | Amount |
|---|---|---|
| **Copy Transcript of Brian Wright** | | |
| Certified Copy - Electronic (249 Pages) | $ 3.85 | $ 958.65 |
| Exhibit(s) Electronic (214 Pages) | $ 0.65 | $ 139.10 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Remote Surcharge (75pg Minimum) (213 Pages) | $ 0.60 | $ 127.80 |
| | | $ 1,360.55 |
| | Amount Due: | $ 1,360.55 |
| | Paid: | $ 0.00 |

*First Legal Depositions complies with the ethical obligations set forth in ACJA § 7-206.*

| Balance Due: | $ 1,360.55 |
|---|---|
| Payment Due: | 11/24/2023 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997   or   email us at depoclientcare@firstlegal.com

Remit Payment To:   First Legal Deposition Services LLC
                    P.O. Box 841441
                    Dallas, TX  75284-1441

Tax ID: 46-3364757        First Legal Depositions        Phone: 855-348-4997

# INVOICE



1309 E. Broadway Blvd., Tucson, AZ 85719
(520) 884-9041        AZ FR No. 1129

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 411686 | 11/1/2023 | 71633 |
| **Job Date** | **Case No.** | |
| 10/12/2023 | 4:21-cv-00257-JGZ | |
| **Case Name** | | |
| Wright v. Southern Arizona Children's Advocacy Center | | |
| **Payment Terms** | | |
| Due upon receipt | | |

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Michelle Romero | 220.00 Pages | @ | 3.25 | 715.00 |
| Binding | 1.00 | @ | 12.00 | 12.00 |
| Postage & Handling Hard Copy | 1.00 Each | @ | 15.00 | 15.00 |
| | **TOTAL DUE  >>>** | | | **$742.00** |

This invoice complies with ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

Credit Card payments accepted online. Please visit www.ArizonaDepos.com to pay by Visa, MasterCard, Discover, or American Express.

We appreciate your business.  Thank you!

**Tax ID:** 45-3282727                                                                                                              Phone: 520-624-6691   Fax:791-9632

*Please detach bottom portion and return with payment.*

D. Thompson Slutes
Slutes, Sakrison & Rogers, PC
4801 East Broadway Boulevard, Suite 301
Tucson, AZ  85711

| | | |
|---|---|---|
| Job No. | : 71633 | BU ID   : 1-MAIN |
| Case No. | : 4:21-cv-00257-JGZ | |
| Case Name | : Wright v. Southern Arizona Children's Advocacy Center | |
| Invoice No. | : 411686 | Invoice Date   : 11/1/2023 |
| **Total Due** | **: $742.00** | |

Remit To:   **Colville & Dippel, LLC**
            **1309 E. Broadway Boulevard**
            **Tucson, AZ  85719-5824**

| PAYMENT WITH CREDIT CARD | AMEX  MC  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

## Debbie Greer

| | |
|---|---|
| **From:** | TurboCourt Customer Service <CustomerService@TurboCourt.com> |
| **Sent:** | Friday, September 24, 2021 2:02 PM |
| **To:** | Debbie Greer |
| **Subject:** | E-Filing Status: Form Set # 6122382 Delivered and eServed |

PLEASE DO NOT REPLY TO THIS EMAIL.

Thank you for submitting your documents to Maricopa County - Superior Court

You will be notified when your documents have been processed by the court.

Here are your filing details:
Case Number: CV2021011742 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)

Filed By: Debra Greer

AZTurboCourt Form Set: #6122382
AOC Submission ID #1763089

Delivery Date and Time: Sep 24, 2021 2:01 PM MST

Forms:


Attached Documents:
Answer: Separate Answer of Affiliated Surgical Assts and Simpson

Fees Paid:
First Appearance Filing Fee: $245.00
Total Filing Fees: $245.00
Provider Fee: $ 10.30
E-Payment Fee: $ 7.66
Total Amount Paid: $262.96

E-Service notification was sent to the following recipient(s):

Douglas Cullins at minuteentries@jshfirm.com
Gary Fadell at gary@fcbfirm.com
Mark O'Connor at moconnor@beusgilbert.com
Patrick McGroder, III at p3@beausgilbert.com
Patrick McGroder, IV at pmjiv@beausgilbert.com

You MUST log in and check your filing status and the e-Service status of this form set online at http://turbocourt.com/.
If you have questions about your filing, please contact AOC Support Services, phone number 602-452-3519 or 1-800-720-7743, or e-mail pasupport@courts.az.gov.
Please have your AZTurboCourt Form Set # and AOC Submission ID available.

1