Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiff-Appellant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | Case No.:  4:21-cv-00257-JGZ |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEAL** |
| Southern Arizona Children's Advocacy Center, | |
| Defendants. | |

Notice is hereby given that Brian Wright, individually and on behalf of LAW, his minor son in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following Orders:

1. Order Doc. 341, denying Plaintiffs' Motion to file in the public record exhibits in support of Plaintiffs' Motion for Partial Summary Judgment against Defendants Gerardo Talamantes and Meghean Francisco, Doc. 270. Dated, February 28, 2024.

1

2. Order Doc. 423, granting Defendants Gerardo Talamantes and Meghean Francisco's Motion for Summary Judgment, Doc. 375, on the Seventeenth and Nineteenth Claims for Judicial Deception. Dated September 24, 2024.

3. Order Doc. 424, denying Plaintiff's Motion for Partial Summary Judgment against Defendant Dale Woolridge, Doc. 283, and granting Defendant Woolridge summary judgment. Dated September 30, 2024.

This is not a cross-appeal. A representation statement identifying the parties and their legal counsel is set forth below as required by Ninth-Circuit Rule 3-2(b).

## REPRESENTATION STATEMENT

**Name of Appellant:** Brian Wright

**Name/address/telephone number/email of counsel for the Appellant:**

Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Mr. Moore is registered for electronic filing in the Ninth Circuit.

**Name of Appellees:** Gerardo Talamantes, Meghean Francisco, Dale Woolridge

**Name/address/telephone number/email of counsel for the Appellees:**

Tom Slutes (001212)
4801 E. Broadway, Suite 301
Tucson, Arizona 85711
Telephone: 520-289-8410
tslutes@sluteslaw.com

Attorney for Defendant-Appellee Dale Woolridge

Claudia Acosta Collings (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona  85701-1315
Telephone: 520-638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

Julie M. Rhodes (016313)
Assistant Attorney General
2005 North Central Avenue Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612 Fax: (602) 542-3393
Julie.Rhodes@azag.gov

Respectfully submitted,


/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiff-Appellant*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on October 25, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,

/s/ Michael Garth Moore