**GRASSO**
—LAW FIRM—

3705 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Robert Grasso, Jr., Bar No. 015087
Pari K. Scroggin, Bar No. 015288
rgrasso@grassolawfirm.com
pscroggin@grassolawfirm.com
minuteentries@grassolawfirm.com
   Attorneys for Defendant Southern Arizona
     Children's Advocacy Center

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright; Irlanda Wright; L.A.W., a minor, by his Father and Next Friend Brian Wright; MG-Z, a minor, by his Mother and Personal Representative, Irlanda Wright;<br><br>            Plaintiffs,<br>vs.<br><br>Southern Arizona Children's Advocacy Center, an Arizona corporation; Marie Fordney; Dale Woolridge, M.D.; Thomas Johnston; Melina Carrizosa; Christine Pelayo; Gerardo Talamantes; Meghean Francisco; Joana Encinas; Jeanette L. Sheldon; Betina Noriega; and Michelle Orozco,<br><br>            Defendants. | Case No. 4:21-cv-00257-JGZ<br><br>**DEFENDANT SOUTHERN ARIZONA CHILDREN'S ADVOCACY CENTER'S WITHDRAWAL OF ITS BILL OF COSTS [DOC. 426]** |

     Plaintiffs and Defendant Southern Arizona Children's Advocacy Center have agreed that Defendant Southern Arizona Children's Advocacy Center will withdraw its Bill of Costs [Doc. 426] filed on October 4, 2024. In exchange, Plaintiffs will allow the

judgment in favor of Defendant Southern Arizona Children's Advocacy Center to stand – without further motion practice or an appeal. Consequently, Defendant Southern Arizona Children's Advocacy Center withdraws its Bill of Costs [Doc. 426].

RESPECTFULLY SUBMITTED this 29th day of October, 2024.

**GRASSO LAW FIRM, P.C.**

By: _____
Pari K. Scroggin
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
Attorneys for Defendant Southern
Arizona Children's Advocacy Center

## CERTIFICATE OF SERVICE

I certify that on the 29th day of October, 2024, I electronically filed the foregoing via the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
mike@mgmoorelaw.com
Attorney for Plaintiffs

Claudia Acosta Collings
Julie M. Rhodes
Assistant Attorney General
Claudia.Collings@azag.gov
Julie.Rhodes@azag.gov
Attorneys for Defendants Francisco, Talamantes, Orozco, Noriega, Encinas & Sheldon

Tom Slutes
**SLUTES, SAKRISON & ROGERS, P.C.**
Tslutes@sluteslaw.com
Attorneys for Defendant Dale Woolridge, MD

By:/s/ Donna Ross – dross@grassolawfirm.com