# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Southern Arizona Children's Advocacy Center, et al.,<br><br>    Defendants. | **NO. CV-21-00257-TUC-JGZ**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 30, 2024, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants.

Debra D. Lucas
District Court Executive/Clerk of Court

September 30, 2024

By  s/ S. Araiza
Deputy Clerk