**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Wright, et al., | No. CV-21-00257-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Southern Arizona Children's Advocacy Center, et al., | |
| Defendants. | |

Pending before the Court is Defendant Dale Woolridge's Motion to Postpone Trial Date. (Doc. 448.) Plaintiffs oppose the Motion and alternatively request that the trial be advanced to September 2026. (Doc. 449.) Defendant Gerardo Talamantes does not oppose a continuance. (Doc. 451.)

//
//
//
//
//
//
//
//
//
//

**IT IS ORDERED** that a hearing on Defendant Dale Woolridge's Motion to Postpone Trial Date (Doc. 448) is set for **Tuesday, September 8, 2026, at 2:00 p.m.** in Courtroom 5D before the Honorable Jennifer G. Zipps. Counsel should be prepared to discuss dates for trial at the hearing. Counsel may contact chambers to request to appear telephonically.

Dated this 3rd day of August, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge